## AFFIDAVIT OF JOHN P. COCHRAN

NOW COMES John P. Cochran, a resident of Arlington, Virginia, and who makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of his knowledge:

1. I am over 18 years old.

2. I served the Office of the Corporation Counsel with a summons and complaint in the case of Owens v. District of Columbia, et al., Civil Case No. 05-1729.

3. Tonia Robinson is an employee at the Office of the Attorney General of the District of Columbia, located on Sixth Floor South, 441 4th Street NW, Washington, D.C.

4. Tonia Robinson held herself out to be a duly designated person to receive service on behalf of the Office of Corporation Counsel of the District of Columbia.

5. I served Tonia Robinson with a summons and complaint in the case of Owens v. District of Columbia, et al., Civil Case No. 05-1729, on the afternoon of August 31, 2005.

Dated: September 1, 2005
Upper Marlboro, Maryland

_____
John P. Cochran

Subscribed and sworn to me on the
1st day of September, 2005 by the affiant.

_____
Notary Public

Subscribed and sworn to before me, in my presence, this
1ST day of SEPTEMBER, 2005, a Notary Public
in and for the STATE of MARYLAND.

M727

My commission e... JULY  29 , 20 09

1