UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | : |
| | :    CV-05-1729 (ESH) |
| DISTRICT OF COLUMBIA, | : |
| | : |
|     **Defendant.** | : |
| _____ | : |

**DEFENDANT DISTRICT OF COLUMBIA'S
ANSWER TO THE COMPLAINT**

Defendant District of Columbia (the "District"), by and through undersigned counsel, hereby answers the Complaint ("Complaint") in the above-captioned matter. The District asserts that anything not specifically admitted herein is denied, and answers the Complaint as follows:

**First Defense**

The complaint fails to state a claim upon which relief may be granted.

**Second Defense**

The District states the following in response to the individually numbered paragraphs in the Complaint:

**JURISDICTION**

1.     Paragraph one of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

## **VENUE**

2.  The allegations asserted in paragraph two of the Complaint are statements of the pleader and represent legal conclusions to which no response is required.

## **STATEMENT OF FACTS**

3.  The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph three of the Complaint.

4.  The District admits that plaintiff Sonya Owens is employed with the Metropolitan Police Department ("MPD") and held the rank of Captain.

5.  The District admits that MPD is an agency of the District of Columbia.

6.  The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph six of the Complaint.

7.  The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph seven of the Complaint.

8.  The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph eight of the Complaint.

9.  The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph nine of the Complaint.

10. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph ten of the Complaint.

11. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph eleven of the Complaint.

12. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph twelve of the Complaint.

13. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph thirteen of the Complaint.

14. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph fourteen of the Complaint.

15. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph fifteen of the Complaint.

16. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph sixteen of the Complaint.

17. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph seventeen of the Complaint.

18. The District is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph eighteen of the Complaint.

19. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph nineteen of the Complaint.

20. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty of the Complaint.

21. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in the paragraph twenty-one of the Complaint.

22. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-two of the Complaint.

23. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-three of the Complaint.

24. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-four of the Complaint.

25. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-five of the Complaint.

26. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-six of the Complaint.

27. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-seven of the Complaint.

28. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-eight of the Complaint.

29. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-nine of the Complaint.

30. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty of the Complaint.

31. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-one of the Complaint.

32. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-two of the Complaint.

33. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph twenty-six of the Complaint.

34. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-four of the Complaint.

35. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-five of the Complaint.

36. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-six of the Complaint.

37. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-seven of the Complaint.

38. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-eight of the Complaint.

39. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph thirty-nine of the Complaint.

40. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty of the Complaint.

41. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-one of the Complaint.

42. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-two of the Complaint.

43. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-three of the Complaint.

44. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-four of the Complaint.

45. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-five of the Complaint.

46. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-six of the Complaint.

47. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-seven of the Complaint.

48. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-eight of the Complaint.

49. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph forty-nine of the Complaint.

50. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty of the Complaint.

51. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-one of the Complaint.

52. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-two of the Complaint.

53. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-three of the Complaint.

54. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-four of the Complaint.

55. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-five of the Complaint.

56. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-six of the Complaint.

57. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-seven of the Complaint.

58. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-eight of the Complaint.

59. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph fifty-nine of the Complaint.

60. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty of the Complaint.

61. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-one of the Complaint.

62. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-two of the Complaint.

63. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-three of the Complaint.

64. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-four of the Complaint.

65. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-five of the Complaint.

66. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-six of the Complaint.

67. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-seven of the Complaint.

68. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-eight of the Complaint.

69. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph sixty-nine of the Complaint.

70. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy of the Complaint.

71. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-one of the Complaint.

72. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-two of the Complaint.

73. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-three of the Complaint.

74. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-four of the Complaint.

75. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-five of the Complaint.

76. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-six of the Complaint.

77. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-seven of the Complaint.

78. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-eight of the Complaint.

79. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph seventy-nine of the Complaint.

80. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty of the Complaint.

81. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-one of the Complaint.

82. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-two of the Complaint.

83. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-three of the Complaint.

84. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-four of the Complaint.

85. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-five of the Complaint.

86. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-six of the Complaint.

87. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-seven of the Complaint.

88. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-eight of the Complaint.

89. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph eighty-nine of the Complaint.

90. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety of the Complaint.

91. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-one of the Complaint.

92. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-two of the Complaint.

93. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-three of the Complaint.

94. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-four of the Complaint.

95. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-five of the Complaint.

96. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-six of the Complaint.

97. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-seven of the Complaint.

98. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-eight of the Complaint.

99. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph ninety-nine of the Complaint.

100. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph one hundred of the Complaint.

101. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph one hundred and one of the Complaint.

102. The District is without sufficient information or knowledge to either admit or deny the factual allegations contained in paragraph one hundred and two of the Complaint.

## COUNT I

103. The District incorporates by reference to their responses to paragraphs one to one hundred and two of the Complaint.

104. The allegations asserted in paragraph one hundred and four of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and four does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

105. The allegations asserted in paragraph one hundred and five of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and five does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

106. The allegations asserted in paragraph one hundred and six of the Complaint are statements of the pleader and represent legal conclusions to which no response is

required. To the extent that paragraph one hundred and six does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

## **COUNT II**

107.     The District incorporates by reference to their responses to paragraphs one to one hundred and six of the Complaint.

108.     The allegations asserted in paragraph one hundred and eight of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and eight does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

109.     The allegations asserted in paragraph one hundred and nine of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and nine does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

110.     The allegations asserted in paragraph one hundred and ten of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and ten does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

111.     The allegations asserted in paragraph one hundred and eleven of the

Complaint are legal conclusions to which no response is required. To the extent that paragraph one hundred and eleven does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

112. The allegations asserted in paragraph one hundred and twelve of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and twelve does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

## **COUNT III**

113. The District incorporates by reference to their responses to paragraphs one to one hundred and twelve of the Complaint.

114. The allegations asserted in paragraph one hundred and fourteen of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and fourteen does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

115. The allegations asserted in paragraph one hundred and fifteen of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and fifteen does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

116. The allegations asserted in paragraph one hundred and sixteen of the Complaint are statements of the pleader and represent legal conclusions to which no

response is required.  To the extent that paragraph one hundred and sixteen does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

117.  The allegations asserted in paragraph one hundred and seventeen of the Complaint are statements of the pleader and represent legal conclusions to which no response is required.  To the extent that paragraph one hundred and seventeen does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

118.  The allegations asserted in paragraph one hundred and eighteen of the Complaint are statements of the pleader and represent legal conclusions to which no response is required.  To the extent that paragraph one hundred and eighteen does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

## COUNT IV

119.  The District incorporates by reference to their responses to paragraphs one to one hundred and eighteen of the Complaint.

120.  The allegations asserted in paragraph one hundred and twenty of the Complaint are statements of the pleader and represent legal conclusions to which no response is required.  To the extent that paragraph one hundred and twenty does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

121.  The allegations asserted in paragraph one hundred and twenty-one of the Complaint are statements of the pleader and represent legal conclusions to which no

response is required. To the extent that paragraph one hundred and twenty-one does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

122. The allegations asserted in paragraph one hundred and twenty-two of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and twenty-two does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

## COUNT V

123. The District incorporates by reference to their responses to paragraphs one to one hundred and twenty-two of the Complaint.

124. The allegations asserted in paragraph one hundred and twenty-four of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and twenty-four does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

125. The allegations asserted in paragraph one hundred and twenty-five of the Complaint are statements of the pleader and represent legal conclusions to which no response is required. To the extent that paragraph one hundred and twenty-five does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

126. The allegations asserted in paragraph one hundred and twenty-six of the Complaint are statements of the pleader and represent legal conclusions to which no

response is required. To the extent that paragraph one hundred and twenty-six does contain factual allegations, the District denies said allegations and demands strict proof thereof at trial.

### RELIEF SOUGHT

127. The District incorporates by reference to their responses to paragraphs one to one hundred and twenty-seven of the Complaint

128. Paragraph one hundred and twenty-eight of the Complaint consists of a prayer for relief, to which no response is required.

129. Paragraph one hundred and twenty-nine of the Complaint consists of a prayer for relief, to which no response is required.

130. Paragraph one hundred and thirty of the Complaint consists of a prayer for relief, to which no response is required.

131. Paragraph one hundred and thirty-one of the Complaint consists of a prayer for relief, to which no response is required.

132. Paragraph one hundred and thirty-two of the Complaint consists of a prayer for relief, to which no response is required.

### JURY DEMAND

133. Paragraph one hundred and thirty-three is a jury demand, to which no response is required.

### Third Defense

Plaintiff might have failed to exhaust her administrative remedies and failed to comply with other mandatory filing requirements.

### Fourth Defense

Plaintiff might have failed to timely file a grievance or otherwise failed to protect herself from the alleged conduct.

### Fifth Defense

Plaintiff's EEOC/Human Rights claim might not have been filed in a timely fashion.

### Sixth Defense

The complaint might have been filed in an untimely fashion.

### Seventh Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, said injuries and/or damages resulted from plaintiff's own willful conduct.

### Eighth Defense

All actions taken by defendant relating to Plaintiff were necessary, reasonable, pursuant to lawful authority, and based on legitimate, non-discriminatory, and/or non-retaliatory reasons.

### Ninth Defense

Plaintiff would have been subjected to the alleged employment actions even if she had not engaged in protected activities.

### Tenth Defense

Plaintiff has failed to mitigate any damages that she may have incurred.

### Eleventh Defense

Plaintiff might have failed to meet the applicable statute of limitations.

### Twelfth Defense

Plaintiff might have failed to comply with the mandatory notice provisions of D.C. Code § 12-309.

### Thirteen Defense

Defendant might be protected under the doctrine of Qualified Immunity.

### Set-off

Defendant asserts a set-off for all funds and services provided to the plaintiff through Medicare, Medicaid, public assistance, or other sources.

### JURY DEMAND

Defendant requests a trial by jury.

WHEREFORE, the District prays the Court dismiss the complaint and award it the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
HOLLY JOHNSON [476331]
Chief, General Litigation Section III

/s/
NICOLA N. GREY
Assistant Attorney General
*Practicing pursuant to D.C. App. R. 49(c)(4).
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626

(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

Case 1:05-cv-01729-AK     Document 5     Filed 10/07/2005     Page 19 of 19