# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SONYA OWENS, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No.  05-1729** |
| | : | **(ESH)** |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

The above-captioned case has been assigned to this Judge for resolution.  The Initial

Scheduling Conference is set for November 3, 2005, at 10:00 a.m.  Counsel who attend must be

sufficiently familiar with the case to answer any questions which arise; parties are welcome and

are encouraged to attend.

Pursuant to LCvR 16.3 of the Local Rules, as amended effective December 1, 2000, and

Fed. R. Civ. P. 26(f), as amended effective December 1, 2000, counsel shall confer at least

21 days prior to the above date and submit their Report addressing all topics listed in LCvR

16.3(c) no later than 14 days following their meeting.  Counsel are also directed to either include

in their Report or in a supplemental pleading to be filed no later than 72 hours prior to the Initial

Scheduling Conference, a brief statement of the case and the statutory basis for all causes of

action and defenses.

Extensions or enlargements of time will only be granted upon motion, and not upon stipulation by the parties.  Motions for a continuance or other scheduling change must be filed three business days prior to the hearing and must include alternative dates that have been agreed to by all parties.  Requests that do not include an alternative date acceptable to all parties will be denied.

Parties are to communicate with the Court by motion, opposition, and reply, not by letter. Inquiries concerning the status of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Gwen Franklin (202/354-3145), or if she is unavailable, to the staff person in the Clerk's Office designated as her substitute, and not to chambers.  Chambers personnel will not handle questions relating to the status or scheduling of pending matters.

In an emergency, however, chambers can be reached at 202/354-3230.


_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   October 11, 2005

2