IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**SONYA OWENS,**                    :
                                    :
      Plaintiff,       :
                                    :
v.                                  :   Case No.: 1:05-cv-01729-ESH
                                    :
**DISTRICT OF COLUMBIA, et al.**    :
                                    :
      Defendants.      :
_____ :

## REPORT OF LOCAL RULE 16.3 CONFERENCE

      Pursuant to the rules of this Court, counsel in the above-styled matter submit this report regarding the issues discussed at their LCvR 16.3 Conference. A proposed Scheduling Order incorporating the parties' report is attached.

**I.     STATEMENT OF THE CASE**

      Plaintiff is employed by the Defendants' Metropolitan Police Department ("MPD"). Plaintiff alleges that she has suffered a material change in the conditions of her employment based upon sex and race discrimination, and has been unlawfully retaliated against based upon her prior engagement in a protected activity, specifically for testifying on behalf of another MPD employee in that employee's discrimination lawsuit against MPD.

      The Defendants deny all allegations of wrongdoing from acts of commission or omission. The Defendant does not believe that it has violated any laws, or is liable for any misconduct. The Defendant further asserts that all off its employment decisions were made for legitimate, nondiscriminatory reasons.

II.  **RULE 16.3 REPORT**

1. <u>Status of Dispositive Motions</u>.  Plaintiff does not believe that this action may be resolved by dispositive motion following discovery.  Defendant believes that this action might be resolved by dispositive motion following discovery.

2. <u>Amended Pleadings</u>: The parties do not at this time anticipate that it will be necessary to join third parties or amend the pleadings.

3. <u>Assignment to Magistrate Judge</u>: The parties do not consent to assignment of a magistrate judge for trial.  The District does not consent to assignment of a magistrate judge for nay purpose other than mediation.

4. <u>Settlement Possibility</u>: The parties believe that mediation may prove fruitful in this matter after discovery is closed.

5. <u>Alternative Dispute Procedures</u>: The parties believe that alternative dispute resolution in the form of mediation may prove fruitful in this matter.  No neutral evaluation of the claims is sought at this time.

6. <u>Dispositive Motions</u>:  The parties believe that any dispositive motion should be filed within 45 days of the close of discovery, that any opposition to that motion should be filed within 30 days of the filing of the motion, and that any reply should be filed within 21 days of the filing of the opposition.

7. <u>Initial Disclosures</u>: The parties agree that they should provide initial disclosures as required by Fed. R. Civ. P. 26(a)(1).

8. <u>Discovery</u>.  The parties request 150 days to complete discovery.  The parties agree to limit the number of interrogatories to 25 per side.  The parties agree to limit the number of depositions to 10 per side.

9. <u>Experts</u>: The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified. Plaintiff agrees to name his experts and provide the Expert Report(s) within sixty (60) days following the initial scheduling conference. Defendant agrees to name their experts and provide the Expert Report(s) within thirty (30) days thereafter.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties do not believe that bifurcation of this matter is necessary.

12. <u>Proposed Date for the Pretrial Conference</u>: The parties believe that a pretrial conference should be scheduled at the initial scheduling conference.

13. <u>Trial Date</u>: The parties agree that, if necessary, a trial date should be set at the pretrial conference.

The parties hereby certify that all items required to be discussed by Rule 26(f) and LCvR 16.3(c) were addressed.

                        Respectfully submitted,

                        _____
                        Jimmy A. Bell, Esq. (Bar No. MD 14639)
                        Law Office of Jimmy A. Bell, P.C.
                        9610 Marlboro Pike
                        Upper Marlboro, MD 20772
                        (301) 599-7620
                        (301) 599-7623 (Fax)
                        jimbellesq@aol.com
                        Counsel for Plaintiff


                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

          /s/
          HOLLY M. JOHNSON [476331]
          Chief, General Litigation Section III

          /s/
          NICOLA N. GREY [492150]
          Assistant Attorney General
          441 Fourth Street, N.W.
          Sixth Floor South
          Washington, D.C. 20001
          (202) 724-6626
          (202) 727-3625 (fax)
          E-mail:  nicola.grey@dc.gov
          Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          :
**SONYA OWENS,**                          :
                                          :
      Plaintiff,                    :
                                          :
v.                                        :   Case No.: 1:05-cv-01729-ESH
                                          :
**DISTRICT OF COLUMBIA, et al.**          :
                                          :
      Defendants.                   :
_____:

### INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it this _____ day of _____, 2005 hereby

ORDERED that the parties shall be allowed a discovery period of _____ days from the date of the initial scheduling conference in this matter, and it is further;

ORDERED that any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition thereto shall be filed no later than 30 days following the filing of the dispositive motion; and any reply shall be filed no later than 21 days following the filing of the opposition; and it is further

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2), as modified.  Plaintiff will name experts and provide their reports within forty-five (45) days of the initial scheduling order.  The defendants will name experts and provide their reports _____ days thereafter.

Date_____          _____
                                              ELLEN SEGAL HUVELLE
                                              United States District Judge