IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS,** | |
| Plaintiff, | |
| v. | Case No.: 1:05-cv-01729-AK |
| **DISTRICT OF COLUMBIA, et al.** | |
| Defendants. | |

### PLAINTIFF'S CONSENT MOTION TO ENLARGE THE
### TIME WITHIN WHICH TO CONDUCT DISCOVERY BY 90 DAYS

COMES NOW, Plaintiff Sonya Owens, by and through the undersigned counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), for an order enlarging the time within which both parties may conduct discovery by ninety (90) days.  For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6 (b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Counsel for Plaintiff was recently been stabbed and is now in the process of recovering from his wound, under a doctor's care.

3. Counsel for Plaintiff will be in the process of recovery for an as-yet undetermined period of time.

4. Because of Plaintiff's Counsel's period of convalescence, it will likely not be possible for Plaintiff's Counsel and Defendant's Counsel to both

        conclude their discovery before the Court-ordered close of discovery currently set for April 24, 2006.

5. Counsel for Plaintiff respectfully requests the Court's indulgence in consideration of this motion, and respectfully requests this Court continue the period in which to conduct discovery for an additional ninety (90) days.

6. Counsel for the Plaintiff contacted Counsel for the Defendant, Nicola Grey, on Tuesday, March 29, 2006, and Attorney Grey consented to Plaintiff's instant motion.

7. Defendant will thus not be prejudiced if this Motion is granted, nor will the litigation be unduly prolonged.

WHEREFORE, Plaintiff requests that this Court grant her Consent Motion to Enlarge the Time Within Which to Conduct Discovery by 90 Days.

Respectfully submitted,

_____

\_\_

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.

9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiffs
Bar # MD 14639

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

**SONYA OWENS,**

       Plaintiff,

v.   :   Case No.: 1:05-cv-01729-AK

**DISTRICT OF COLUMBIA, et al.**

       Defendants.
_____

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion, the lack of opposition thereto, and in the interest of justice, it is, this _____ day of _____, 2006, hereby

ORDERED, that Plaintiff's Motion shall be, and hereby is, GRANTED.

_____
United States District Court Judge