UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 05-1729 (AK) |
| v. | )<br>) |
| DISTRICT OF COLUMBIA, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Enlarge the Time Within Which to Conduct Discovery by 90 Days ("Consent Motion") [10], and for good cause shown, it is this 30th day of March, 2006, hereby

**ORDERED** that the Consent Motion [10] is **granted** and the revised close of discovery is now set for July 14, 2006. The Court will initiate a brief telephonic status conference on July 14, 2006, at 10:00 a.m., to discuss scheduling issues.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE