UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SONYA OWENS,
               Plaintiff,

v.

DISTRICT OF COLUMBIA,
               Defendant.

Civil Action No. 05-1729
(AK)

## SCHEDULING ORDER

This matter having come before the Court for a Telephonic Status Conference, and the Court having considered the representations made by counsel during the conference, and the entire record in the case, it is hereby

**ORDERED** that the parties will comply with the following schedule:

1. Filing of any Dispositive Motions     October 16, 2006 (by close of business)

2. Joint Pretrial Statement, Proposed Jury Instructions, Voir Dire, Verdict Form Due (non-standard jury instructions and voir dire to be submitted on disk)     December 28, 2006 (by close of business)

4. Pretrial Conference (in court)     January 8, 2007 at 11:00 a.m.[1]

5. Jury Trial     January 22-30, 2007[2]

DATE: July 14, 2006                    _____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

---

[1] Please note that any motions *in limine* should be filed in a timely manner so that they are ripe for resolution by the time of the Pretrial Conference.

[2] Jury Selection will commence on Monday, January 22, 2007, at 1:30 p.m.