UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SONYA OWENS,
    Plaintiff,
      v.
DISTRICT OF COLUMBIA,
    Defendant.

Civil Action No. 05-1729 (AK)

THE PARTIES HAVING CONSENTED TO THIS CASE BEING HANDLED BY THE UNDERSIGNED MAGISTRATE JUDGE, AND HAVING INDICATED THAT THIS CASE SHOULD BE REFERRED FOR MEDIATION, IT IS THIS 14TH DAY OF JULY, 2006, HEREBY

**ORDERED**:

1. THIS CASE IS REFERRED FOR MEDIATION.

2. THE PARTIES SHALL ATTEND THE MEETING WITH THE MEDIATOR.

3. IF THE CASE SETTLES IN WHOLE OR IN PART, THE PARTIES SHALL ADVISE THE COURT OF THE SETTLEMENT BY AN APPROPRIATE FILING.

4. THE MEDIATION EFFORTS SHOULD COMMENCE ON SEPTEMBER 6, 2006 AND BE CONCLUDED BY OCTOBER 6, 2005, AT WHICH TIME THE PARTIES ARE TO NOTIFY MAGISTRATE JUDGE KAY'S CHAMBERS IF THEY REQUEST ADDITIONAL TIME TO MEDIATION THE CASE.

THE CLERK OF THE COURT IS DIRECTED TO FURNISH A COPY OF THIS ORDER, TOGETHER WITH A COPY OF THE COURT DOCKET SHEET, TO THE CIRCUIT EXECUTIVE FOR THE PURPOSE OF ASSIGNING A MEDIATOR.

_____/S/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE