## IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** : | |
| : | |
| Plaintiffs, : | |
| : | Case No.: 05-cv-1729 |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.** : | |
| : | |
| Defendant. : | |

### PLAINTIFF SONYA OWENS' CONSENT MOTION TO EXTEND TIME TO CONDUCT MEDIATION FOR FORTY FIVE DAYS

COMES NOW, Plaintiff Sonya Owens, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., with consent of Defendant District of Columbia, and hereby respectfully submits this Consent Motion to Extend Time to Conduct Mediation for Forty Five days. For cause and authority, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Discovery in this matter is set to close on September 29, 2006.

3. On July 14, 2006, this Honorable Court ordered that the above-captioned case be referred to mediation. (*See* Order of Judge Kay, dated July 14, 2006).

4. In that Order, this Court ordered that the mediation "be concluded by October 6, 2006." Id.

5. To date, mediation in the above-captioned case has not yet taken place.

6. The parties in this case have yet to complete discovery, as the parties still must depose person(s) critical to the above-captioned case.

7. The parties agree that mediation will be more effective once the deposition described in paragraph 6 has been completed.

8. Plaintiff contacted Nicola Grey, Esq. on October 6, 2006 who has consented to the immediate motion.

9. This matter will not be unduly delayed by the extension of time to complete mediation for forty five (45) days.

WHEREFORE, for the reason of all of the foregoing, Plaintiffs respectfully pray this court GRANT Plaintiffs' Motion to Extend Discovery for Forty Five Days.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639

## IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** : <br> : <br> Plaintiffs, : <br> : **Case No.: 05-cv-1729** <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.** : <br> : <br> Defendant. : <br> : | |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Extend Time to Conduct Mediation for Forty Five Days, Defendant's consent thereto, and the interests of justice, Plaintiffs' Motion to Extend Time to Conduct Mediation for Forty Five Days is hereby GRANTED and it is ORDERED, that time to conduct mediation in this matter shall be extended by forty five (45) days.

SO ORDERED, this ___ day of September 2006,

_____
United States District Court Judge