UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | : |
|       **Plaintiff,** | : |
| v. | : |
| | :     CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
|       **Defendant.** | : |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO FILE DISPOSITIVE MOTIONS**

Defendant, the District of Columbia, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, with plaintiff's consent, moves this Court to grant an extension of time to file dispositive motions. As reasons therefore, the defendant represents as follows:

1. Dispositive motions are due on October 16, 2006.

2. Due to the press of other business, undersigned counsel was not able to complete the District's dispositive motion by the deadline.

3. Specifically, undersigned counsel was assigned a complex employment action, *Wright v. District of Columbia, et al.,* in mid-September 2006 and has been engaged in extensive trial preparation. Trial was originally scheduled to commence on October 17, 2006. On October 4, 2006, Superior Court Judge Joan Zeldon vacated the trial date and advised the parties that the trial would commence before the end of this year. Due to the uncertainty of the new trial date, undersigned counsel continued trial preparation. On October 13, 2006, Judge Zeldon set a November 6, 2006, trial date.

4. Defendant respectfully requests an additional sixty (60) days from October 16, 2006, to December 15, 2006, to file dispositive motions due to undersigned counsel's upcoming trial schedule.

5. This is defendant's first request for an extension of the dispositive motion schedule.

6. Plaintiff will not be prejudiced by this motion and the relief requested herein.

7. Fed. R. Civ. P. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order. This motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6.

8. **PROPOSED DISCOVERY SCHEDULE:**      **PROPOSED DATE**

   **DISPOSITIVE MOTIONS DUE**      December 15, 2006

   **OPPOSITION DUE**      January 3, 2007

   **REPLY DUE**      January 17, 2007

WHEREFORE, for the reasons stated herein, defendant requests an extension of time to file dispositive motions.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

      /s/
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

                /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

### **RULE 7(m) CERTIFICATE**

Undersigned counsel contacted Plaintiff who did consent to defendant's request and the relief requested herein.

                /s/
NICOLA N. GREY
Assistant Attorney General

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS,                              : | |
|                                           : | |
|     **Plaintiff,**    : | |
|                                           : | |
| v.                                        : | |
|                                           : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA,                     : | |
|                                           : | |
|     **Defendant.**    : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

In support of its Consent Motion to Extend, this defendant cites and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent powers of this Court.

3. The reasons stated in the Defendant District of Columbia's Consent Motion for an Extension of Time to File Dispositive Motions.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        /s/
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

       /s/
_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SONYA OWENS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **CV-05-1729 (AK)** |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Extend Time to File Dispositive Motions, plaintiff's opposition thereto, and the record herein, it is hereby

**ORDERED:** The Consent Motion to Extend Time to File Dispositive Motions is **GRANTED**; and it is,

**FURTHER ORDERED:** that discovery shall be completed according to the schedule below.

**DISCOVERY SCHEDULE:**           **DATE**

    **DISPOSITIVE MOTIONS DUE**           **December 15, 2006**

    **OPPOSITION DUE**           **January 3, 2007**

    **REPLY DUE**           **January 17, 2007**

**SO ORDERED** this _____ day of _____, 2006.

_____
Honorable Alan Kay
United States Magistrate Judge

6