UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SONYA OWENS,                              :
                                          :
       Plaintiff,                     :
                                          :
v.                                        :
                                          :   CV-05-1729 (AK)
DISTRICT OF COLUMBIA,                     :
                                          :
       Defendant.                     :
_____:

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME**
**TO FILE DISPOSITIVE MOTIONS**

Defendant, the District of Columbia, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, with plaintiff's consent, moves this Court to grant an extension of time to file dispositive motions. As reasons therefore, the defendant represents as follows:

    1.    Dispositive motions are due on December 15, 2006.

    2.    Due to the press of other business, undersigned counsel was not able to complete the District's dispositive motion by the deadline.

    3.    Specifically, undersigned counsel was assigned a complex employment action, *Wright v. District of Columbia, et al.,* in mid-September 2006 and was engaged in extensive trial preparation. The trial was originally scheduled to commence on October 17, 2006. On October 4, 2006, Superior Court Judge Joan Zeldon vacated the trial date and advised the parties that the trial would commence before the end of this year. Due to the uncertainty of the new trial date, undersigned counsel continued trial preparation. On October 13, 2006, Judge Zeldon set a November 6, 2006, trial date. Wright settled on November 6, 2006.

4.     On November 9, 2006, I was assigned a personal injury case, *Chambers. v. District of Columbia*, that commenced trial on December 4, 2006.

5.     In addition to preparing for trial, I was also preparing a Motion for Summary Judgment in a Title VII case, *Banks v. District of Columbia.* The Motion was filed on November 29, 2006.

6.     Defendant respectfully requests an additional sixty (60) days from December 15, 2006, to February 15, 2006, to file dispositive motions due to undersigned counsel past schedule.

7.     This is defendant's second request for an extension of the dispositive motion schedule.

8.     Plaintiff will not be prejudiced by this motion and the relief requested herein.

9.     Fed. R. Civ. P. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order. This motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6.

10.    **PROPOSED DISCOVERY SCHEDULE:**           **PROPOSED DATE**

       **DISPOSITIVE MOTIONS DUE**                February 15, 2006

       **OPPOSITION DUE**                         March 15, 2007

       **REPLY DUE**                              March 29, 2007

WHEREFORE, for the reasons stated herein, defendant requests an extension of time to file dispositive motions.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General,
>Civil Litigation Division
>
>_____/s/_____
>PHILLIP A. LATTIMORE, III [422968]
>Chief, General Litigation Sec. III
>
>_____/s/_____
>NICOLA N. GREY [492150]
>Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6626; (202) 727-6295
>(202) 727-3625 (fax)
>E-mail: nicola.grey@dc.gov

### **RULE 7(m) CERTIFICATE**

Undersigned counsel contacted Plaintiff who did consent to defendant's request and the relief requested herein.

>_____/s/_____
>NICOLA N. GREY
>Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | : |
| | :     CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
| | : |
|     **Defendant.** | : |
| _____ | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'**
**CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

In support of its Consent Motion to Extend, this defendant cites and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent powers of this Court.

3. The reasons stated in the Defendant District of Columbia's Consent Motion for an Extension of Time to File Dispositive Motions.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General,
                                              Civil Litigation Division

                                                /s/
                                              PHILLIP A. LATTIMORE, III [422968]
                                              Chief, General Litigation Sec. III

                         /s/
                NICOLA N. GREY [492150]
                Assistant Attorney General
                441 Fourth Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6626; (202) 727-6295
                (202) 727-3625 (fax)
                E-mail:  nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SONYA OWENS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **CV-05-1729 (AK)** |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Extend Time to File Dispositive Motions, plaintiff's opposition thereto, and the record herein, it is hereby

**ORDERED:** The Consent Motion to Extend Time to File Dispositive Motions is **GRANTED**; and it is,

**FURTHER ORDERED:** that discovery shall be completed according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| **DISPOSITIVE MOTIONS DUE** | **February 15, 2006** |
| **OPPOSITION DUE** | **March 15, 2007** |
| **REPLY DUE** | **March 29, 2007** |

**SO ORDERED** this _____ day of _____, 2006.

_____
Honorable Alan Kay
United States Magistrate Judge