UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SONYA OWENS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO FILE DISPOSITIVE MOTIONS**

Defendant, the District of Columbia, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, with Plaintiff's consent, and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a sixty (60) day extension of time to file dispositive motion.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

## RULE 7(m) CERTIFICATE

Undersigned counsel contacted Plaintiff who did consent to Defendant's request and the relief requested herein.

/s/
NICOLA N. GREY
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
|     Defendant. : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

Defendant District of Columbia, by and through undersigned counsel, with Plaintiff's consent and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a sixty (60) day extension of time to file dispositive motions. In support of this motion, the Defendant states as follows:

1. Dispositive motions are due on February 15, 2006.

2. Undersigned counsel respectfully requests a sixty (60) day extension of time to file the Defendant's dispositive motion.

3. The extension of time is necessary due to the fact that undersigned counsel only recently became aware of the existence of other discoverable material relevant to this action that is not in Plaintiff's custody and control. Plaintiff's counsel advised that Plaintiff has a companion administrative action in this case as a result of her appealing her November 2006, termination. Plaintiff's counsel also advised that there have been hearings and sworn statements were given by District employees.

4. An extension of 60 days is also necessary to give undersigned counsel and opportunity to receive any relevant material, review it and produce a copy of it to Plaintiff's counsel.

5.  This is Defendant's third request for an extension of the dispositive motion schedule.

6.  Plaintiff will not be prejudiced by this motion and consents to the relief requested herein.

7.  Fed. R. Civ. P. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order.  This motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6.

8.  **PROPOSED DISCOVERY SCHEDULE:**             **PROPOSED DATE**

    **DISPOSITIVE MOTIONS DUE**                  April  15, 2006

    **OPPOSITION DUE**                           May 15, 2007

    **REPLY DUE**                                May 29, 2007

WHEREFORE, for the reasons stated herein, and with the consent of the parties, the Defendant, requests that this Court a 60 day extension of time to file dispositive motions.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

    /s/
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Sec. III

                /s/
_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Extend Time to File Dispositive Motions, plaintiff's opposition thereto, and the record herein, it is hereby

**ORDERED:** The Consent Motion to Extend Time to File Dispositive Motions is **GRANTED**; and it is,

**FURTHER ORDERED:** that discovery shall be completed according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| **DISPOSITIVE MOTIONS DUE** | April 15, 2006 |
| **OPPOSITION DUE** | May 15, 2007 |
| **REPLY DUE** | May 29, 2007 |

**SO ORDERED** this _____ day of _____, 2007.

_____
Honorable Alan Kay
United States Magistrate Judge