## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | : |
| | :    CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
| | : |
|     **Defendant.** | : |
| _____ | : |

### DEFENDANT'S MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

Defendant, the District of Columbia, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a thirty (30) day extension of time to file dispositive motion.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General,
                                          Civil Litigation Division

                                          _____/s/_____
                                          PHILLIP A. LATTIMORE, III [422968]
                                          Chief, General Litigation Sec. III

                                          _____/s/_____
                                          NICOLA N. GREY [492150]

Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

## **RULE 7(m) CERTIFICATE**

Plaintiff does not consent the filing of this motion and the relief requested herein.

                                                              /s/
                                    NICOLA N. GREY
                                    Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : CV-05-1729 (AK) | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT'S MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

Defendant District of Columbia, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a thirty(30) day extension of time to file dispositive motions. In support of this motion, the Defendant states as follows:

1. Dispositive motions are due on April 15, 2006.

2. Undersigned counsel respectfully requests a thirty (30) day extension of time to file the Defendant's dispositive motion.

3. The extension of time is necessary due to the fact that undersigned counsel recently received additional discoverable material relevant to this action that relate to Plaintiff's employee appeal. Undersigned received the hearing transcript on Tuesday, April 3, 2007. The transcript contains two days of testimony and it is over 500 pages long.

4. Due to the press of other matters, that included but is not limited to mediation in *Stevenson v. D.C., Quander-Clemons v. D.C., Kennedy v. D.C., and Jenkins v. D.C.,* depositions and deposition preparation in *Jones v. D.C., Farrow v. D.C., Williams v. D.C., and Kamanda v. D.C.*, other court hearings and scheduled appointments in *Graham*

*v. Parry, Farrow v. D.C., Kennedy v. D.C.*, undersigned has not had an opportunity to review the entire hearing transcript.

5. This is Defendant's third request for an extension of the dispositive motion schedule.

6. Plaintiff will not be prejudiced by this motion. No trial date has been set in this matter.

7. Fed. R. Civ. P. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order. This motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6.

8. **PROPOSED DISCOVERY SCHEDULE**:        **PROPOSED DATE**

   **DISPOSITIVE MOTIONS DUE**              May 15, 2006

   **OPPOSITION DUE**                        June 15, 2007

   **REPLY DUE**                             June 29, 2007

WHEREFORE, for the reasons stated herein, and with the consent of the parties, the Defendant, requests that this Court a 30 day extension of time to file dispositive motions.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        /s/
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

                    /s/
_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS,            : | |
| :                       | |
| **Plaintiff,**   :      | |
| :                       | |
| v.                    : | |
| :                       | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA,  : | |
| :                       | |
| **Defendant.** :        | |
| _____: | |

**ORDER**

Upon consideration of the Defendant's Motion to Extend Time to File Dispositive Motions, plaintiff's opposition thereto, and the record herein, it is hereby

**ORDERED:** The Motion to Extend Time to File Dispositive Motions is **GRANTED**; and it is,

**FURTHER ORDERED:** that dispositive motions are due according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| **DISPOSITIVE MOTIONS DUE** | May 15, 2006 |
| **OPPOSITION DUE** | June 15, 2007 |
| **REPLY DUE** | June 29, 2007 |

**SO ORDERED** this _____ day of _____, 2007.

                                                                              _____
                                                                              Honorable Alan Kay
                                                                              United States Magistrate