UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |
| _____: | |

**DEFENDANT'S MOTION TO EXTEND TIME
TO FILE DISPOSITIVE MOTIONS**

Defendant, the District of Columbia, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a two (2) day extension of time to file dispositive motion.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        /s/
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

>     /s/
> NICOLA N. GREY [492150]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6626; (202) 727-6295
> (202) 727-3625 (fax)
> E-mail:  nicola.grey@dc.gov

## RULE 7(m) CERTIFICATE

Plaintiff does not consent the filing of this motion and the relief requested herein.

>     /s/
> NICOLA N. GREY
> Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, | : |
| | : |
|      **Plaintiff,** | : |
| | : |
|      v. | : |
| | :    CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
| | : |
|      **Defendant.** | : |
| _____ | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

Defendant District of Columbia, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a two (2) day extension of time to file dispositive motions. In support of this motion, the Defendant states as follows:

1. Dispositive motions are due on May 4, 2007.

2. Undersigned counsel respectfully requests a 2 day extension of time to file the Defendant's dispositive motion.

3. The extension of time is necessary due to the fact that the above referenced action is a complex employment action, undersigned recently completed a review of the additional discoverable material relevant to this action that relate to Plaintiff's employee appeal. That material included the hearing transcript that was over 500 pages and about an additional 1,000 pages of exhibits and other submissions.

4. Additionally, undersigned counsel has almost completed the motion but was unable to devote this entire week to the motion. Undersigned counsel's

3

ability to complete the motion this week was interrupted as a result of a number of personal family matters. Undersigned counsel had to leave work early yesterday to attend a meeting that was scheduled on Tuesday, May 1, 2007, and could not be rescheduled. As a result of another personal family matter that is medical in nature, undersigned counsel will be unable to devote this evening, Friday, May 4, 2007, to the completion of the motion. Finally, undersigned has another appointment that is medical in nature tentatively scheduled for Monday, May 7, 2007. Counsel will be told this evening whether the May 7, 2007, appointment will be available.

5.      Finally, the additional two days will enable undersigned to complete the motion and review a proper supervisory review of the motion prior to filing.

6.      This is Defendant's fourth request for an extension of the dispositive motion schedule.

7.      Plaintiff will not be prejudiced by this motion and the brief extension. No trial date has been set in this matter.

8.      Fed. R. Civ. P. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order. This motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6.

9.      **PROPOSED DISCOVERY SCHEDULE:**          **PROPOSED DATE**
         **DISPOSITIVE MOTIONS DUE**                         **May 8, 2007**
         **OPPOSITION DUE**                                          **June 8, 2007**

4

**REPLY DUE**                                                             **June 22, 2007**

WHEREFORE, for the reasons stated herein, and with the consent of the parties, the Defendant, requests that this Court grant a brief 2 day extension of time to file dispositive motions.

                                                   Respectfully submitted,

                                                   LINDA SINGER
                                                   Attorney General for the District of Columbia

                                                   GEORGE C. VALENTINE
                                                   Deputy Attorney General,
                                                   Civil Litigation Division

                                                   /s/
                                                   PHILLIP A. LATTIMORE, III [422968]
                                                   Chief, General Litigation Sec. III

                                                   /s/
                                                    NICOLA N. GREY [492150]
                                                   Assistant Attorney General
                                                   441 Fourth Street, N.W.
                                                   Sixth Floor South
                                                   Washington, D.C. 20001
                                                   (202) 724-6626; (202) 727-6295
                                                   (202) 727-3625 (fax)
                                                   E-mail:  nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, : | |
|       Plaintiff, : | |
| v. : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, : | |
|       Defendant. : | |

**ORDER**

Upon consideration of the Defendant's Motion to Extend Time to File Dispositive Motions, plaintiff's opposition thereto, and the record herein, it is hereby

**ORDERED:** The Motion to Extend Time to File Dispositive Motions is **GRANTED**; and it is,

**FURTHER ORDERED:** that dispositive motions are due according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| **DISPOSITIVE MOTIONS DUE** | May 8, 2007 |
| **OPPOSITION DUE** | June 8, 2007 |
| **REPLY DUE** | June 22, 2007 |

**SO ORDERED** this _____ day of _____, 2007.

_____
Honorable Alan Kay
United States Magistrate Judge