## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** ) | |
| ) | |
| Plaintiffs, ) | **Case No. : CV-05-1729 (AK)** |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon Consideration of Defendant's Motion to extend time to file a dispositive motion and Plaintiff's opposition and in the interests of justice, it is this ____day of _____ 2007, ORDERED that the Defendant's Motion is DENIED.

_____
Judge