UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | : |
| | :    CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
| | : |
|     **Defendant.** | : |
| _____: | |

**DEFENDANT'S MOTION TO EXTEND TIME
TO FILE DISPOSITIVE MOTIONS**

    Defendant, the District of Columbia, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a three (3) day extension of time to file dispositive motion.

    A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

                                         Respectfully submitted,

                                         LINDA SINGER
                                         Attorney General for the District of Columbia

                                         GEORGE C. VALENTINE
                                         Deputy Attorney General,
                                         Civil Litigation Division

                                           /s/
                                         PHILLIP A. LATTIMORE, III [422968]
                                         Chief, General Litigation Sec. III

       /s/
       NICOLA N. GREY [492150]
       Assistant Attorney General
       441 Fourth Street, N.W.
       Sixth Floor South
       Washington, D.C. 20001
       (202) 724-6626; (202) 727-6295
       (202) 727-3625 (fax)
       E-mail: nicola.grey@dc.gov

## **RULE 7(m) CERTIFICATE**

Undersigned counsel attempted to contact Plaintiff's counsel on May 8, 2007 by blackberry to obtain his consent to the filing of this motion and the relief requested herein. Plaintiff's counsel may not have had an opportunity to respond to undersigned counsel's request prior to the filing of this motion. Therefore, this motion should be treated as contested.

       /s/
       NICOLA N. GREY
       Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | : |
| **Plaintiff,** | : |
| v. | : |
| | :     CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
| **Defendant.** | : |
| _____ | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

Defendant District of Columbia, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a two (2) day extension of time to file dispositive motions. In support of this motion, the Defendant states as follows:

1. Dispositive motions are due on May 4, 2007.[1]

2. Undersigned counsel respectfully requests an additional 3 day extension of time to file the Defendant's dispositive motion from May 8, 2007 to May 11, 2007.

3. The extension of time is necessary due to the fact that the above referenced action is a complex employment action. As a result of counsel dealing with certain personal family matters and in counsel's haste to file the May 4, 2007, undersigned misstated her true schedule.

4. Undersigned counsel was unable to complete the motion this past weekend due to continued personal matters that extended to Monday, May 7, 2007, as

---

[1] By Motion dated May 4, 2007, the District request a two day extension of the dispositive motion deadline. That motion is still pending before this Court.

3

undersigned previously advised the Court. However, undersigned counsel overlooked the fact that in the afternoon of that same date, undersigned was engaged in deposition preparation for a deposition in a Metropolitan Police Department ("MPD") case, *Graham v. Parry*. The deposition took place today and undersigned did not return to her office until after 6 p.m. Additionally, prior to that deposition, undersigned attended a status conference that included oral argument in another MPD case, *Lover v. DC*. Undersigned was recently assigned to that case and entered an appearance on Monday, May 7, 2007. Additionally, undersigned counsel will be tied up in deposition again in *Graham v. Parry* on Wednesday, May 9, 2007.

5.   Additionally, in the interest of judicial economy, Defendant believes that Plaintiff's complaint may be disposed of by motion and respectfully request that the Court grant this brief extension.

6.   Finally, the additional three days will enable undersigned to complete the motion and receive a proper supervisory review of the motion prior to filing and alleviate the need of requesting and additional extension.

7.   This is Defendant's fifth request for an extension of the dispositive motion schedule.

8.   Plaintiff will not be prejudiced by this motion and the brief extension. No trial date has been set in this matter.

9.   Fed. R. Civ. P. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the

4

period originally prescribed or extended by a previous order. This motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6.

9.  **PROPOSED DISCOVERY SCHEDULE:**         **PROPOSED DATE**

    **DISPOSITIVE MOTIONS DUE**              May 11, 2007

    **OPPOSITION DUE**                       June 11, 2007

    **REPLY DUE**                            June 25, 2007

WHEREFORE, for the reasons stated herein, and with the consent of the parties, the Defendant, requests that this Court grant a brief 3 day extension of time to file dispositive motions.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        /s/
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

        /s/
        NICOLA N. GREY [492150]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6626; (202) 727-6295
        (202) 727-3625 (fax)
        E-mail: nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SONYA OWENS, | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
|     **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Defendant's Motion to Extend Time to File Dispositive Motions, plaintiff's opposition thereto, and the record herein, it is hereby

**ORDERED:** The Motion to Extend Time to File Dispositive Motions is **GRANTED**; and it is,

**FURTHER ORDERED:** that dispositive motions are due according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| **DISPOSITIVE MOTIONS DUE** | May 11, 2007 |
| **OPPOSITION DUE** | June 11, 2007 |
| **REPLY DUE** | June 25, 2007 |

**SO ORDERED** this _____ day of _____, 2007.

_____
Honorable Alan Kay
United States Magistrate Judge