Case 1:05-cv-01729-AK   Document 22-2   Filed 05/11/2007   Page 1 of 1

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Owens, Sonya L | 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 | 08-07-1960 | 11-25-2005 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 330 | Removal | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| 065 | DPM Chapter 31B<br>Def Termination & Non Pay | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

**7. FROM: Position Title and Number**

CAPTAIN
PD: 008141          Position: 00019249

**15. TO: Position Title and Number**

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | 0000 | 07 | 3 | $95,865.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $95,865.00 | $0 | $95,865.00 | $0 | | | | |

**14. Name and Location of Position's Organization**

Metropolitan Police Department
Executive Assistant Chief - EA
ROC Central
Fifth District
Fifth District 13020500
Washington DC USA

**22. Name and Location of Position's Organization**

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1-None  3-10 Point/Disability  5-10 Point/Other<br>1   2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0-None  2-Conditional<br>1-Permanent  3-Indefinite | | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  Basic + Option C (4x) | 9  Not Applicable | 0  Regular Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| P  MPD Retirement 7%<br>No Medicare | 04-30-1984 | F  Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1-Competitive Service 3-SES General<br>1  2-Excepted Service  4-SES Career Reserved | E-Exempt<br>N  N-Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | PAR Number: |

**45. Remarks**

- ACTION TAKEN IN ACCORDANCE WITH LETTER DATED 10-14-05, APPROVED BY THE HUMAN SERVICES OFFICER. FORWARDING ADDRESS: 1325 INGRAHAM STREET, WASHINGTON, D.C. 20011. LUMP SUM ANNUAL LEAVE PAYMENT MAY BE DUE. (DDRO #164-05, 165-05, 166-05)

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| District Of Columbia Govt<br>Metropolitan Police Department |  |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DCGFA | FA01 | 12/2/05 |

Editions Prior to 7/91 Are Not Usable After 6/30/93

1 -     Employee Copy