Case 1:05-cv-01729-AK  Document 22-3  Filed 05/11/2007  Page 1 of 1
DEPOSITION OF SONYA OWENS VOLUME I
CONDUCTED ON THURSDAY, JANUARY 11, 2007

1 (Pages 1 to 4)

**Page 1**

```
 1  SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 2              CIVIL DIVISION
 3  ----------------------------------X
 4  SONYA OWENS                :
 5       Plaintiff             :
 6       v.                    :  Case No.:
 7  DISTRICT OF COLUMBIA, a municipal  :  1:05CV01729
    corporation, Office of Corporation
 8  Counsel of the District of Columbia  :
    and
 9  ANTHONY A. WILLIAMS, (in his  :
    official capacity) Mayor of the
10  District of Columbia   :
11       Defendants          :
12  ----------------------------------X
13           Deposition of SONYA OWENS
14                VOLUME I
15
16             Washington, D.C.
17          Thursday, January 11, 2007
18                11:15 a.m.
19
20  Job No.: 1-93434
21  Pages 1 - 79
22  Reported by: Ellen L. Ford, RPR
```

**Page 2**

```
 1  Deposition of SONYA OWENS, held at the law offices of:
 2
 3
 4       OFFICE OF THE ATTORNEY GENERAL
 5       4401 4th Street, Northwest
 6       6th Floor South
 7       Washington, D.C. 20001
 8
 9
10
11  Pursuant to agreement, before Ellen L. Ford,
12  Registered Professional Reporter and Notary Public in
13  and for the District of Columbia.
```

**Page 3**

```
              APPEARANCES

ON BEHALF OF PLAINTIFFS:
     JIMMY A. BELL, ESQUIRE
     LAW OFFICE OF JIMMY A. BELL, P.C.
     9610 Marlboro Pike
     Upper Marlboro, Maryland 20772
     (301) 599-7620


ON BEHALF OF DEFENDANT:
     NICOLA N. GREY, ESQUIRE
     OFFICE OF THE ATTORNEY GENERAL
     441 4TH STREET, NORTHWEST
     6th Floor, South
     Washington, D.C. 20001
     (202) 442-9754
```

**Page 4**

```
                CONTENTS
EXAMINATION OF SONYA OWENS            PAGE
   By Ms. Grey              5 - 72

                -----

                EXHIBITS
          (Exhibit retained by counsel.)
DEFENDANT'S EXHIBIT                   PAGE
No. 1 - Complaint              14
```