**METROPOLITAN POLICE DEPARTMENT**
**Human Services Section**

## **MEMORANDUM**

TO: Commander
Fifth District

FROM: Debbie-Anne Burt
Paralegal Specialist

DATE: November 21, 2001

RE: Investigation of Discrimination Complaints

---

The Metropolitan Police Department is assisting the Equal Employment Opportunity Commission in investigating discrimination complaints filed by Officers Sharon Ritchie and Tracy Miles-English of the Sixth District. Officers Ritchie and Miles-English are alleging discrimination based on race, gender and disability (pregnancy) in the denial of their request to work the day tour of duty during their pregnancies.

As part of this investigation, the EEOC would like to interview the following Fifth District members: Captain Sonya Owens and Sergeant Louis Lovell. A representative of the Department will be present during the interviews. We would like your permission to interview these members on Friday, November 30 at the Fifth District at the following times:

| | |
|---|---|
| Captain Owens | 9:00 a.m. |
| Sergeant Lovell | 9:45 a.m. |

Additionally, the EEOC would like to interview the following Sixth District members at the Fifth District on the same date at the following times:

| | |
|---|---|
| Sergeant Tami David | 10:30 a.m. |
| Officer Karen Carr | 10:50 a.m. |
| Officer Twanna Beasley | 11:10 a.m. |
| Officer James Clark | 11:30 a.m. |

Any assistance you can provide in ensuring the availability of the members under your command and providing a meeting room to conduct the interviews would be greatly appreciated. Please feel free to contact me at the Human Services Section at 727-0198. Thank you in advance for your attention to this matter.