**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - x
                              :
SHARON RITCHIE,               :
                              :
                              :
         Plaintiff,           :
                              : Case No. 1:02CV00440
    v.                        :
                              :
                              :
THE DISTRICT OF COLUMBIA      :
and COMMANDER WILLIE          :
DANDRIDGE,                    :
                              :
                              :
         Defendants.          :
                              :
- - - - - - - - - - - - - - - x

                    Wednesday, April 30, 2003
                    Washington, D.C.

Deposition of

**CAPTAIN SONYA OWENS**

a witness, called for examination by counsel for the plaintiff, pursuant to notice, held at the District of Columbia Office of the Corporation Counsel, 441 4th Street, N.W., 6th Floor, Washington, D.C. 20001, beginning at 1:14 p.m., before Patricia A. Edwards, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

**BRADFORD**
ASSOCIATES

*Exceptional Service in Court Reporting and Litigation Support*

WASHINGTON, DC:
1050 17th Street, NW
Suite 600
Washington, DC 20036
TEL 202-833-3399

MARYLAND:
51 Monroe Street
Suite 1401
Rockville, MD 20850
TEL 301-762-1606

VIRGINIA:
2111 Wilson Boulevard
Suite 700
Arlington, VA 22201

PLEASE RESPOND TO: