**ANIMAL WELFARE LEAGUE OF ARLINGTON**, 2650 S. Arlington Mill Dr., Arlington, VA 22206   (703) 931-9241 Ext. 200

Name: Sonya Owens   (H) 2-321-3150   (W) 2-727-4523   Reason for Giving Up Animal: *(circle)*
Address: 132 S Ingraham St. NW   Wash   Zip: 2011-3603

ILLNESS (PET) / MOVING / NO PETS ALLOWED / BEHAVIOR / ILLNESS (OWNER) / AGGRESSIVE / ALLERGIES
OTHER: _relinquish stray dog_

**POSSIBLE OWNER / ID INFO.**
Name:
Address:
Phone: (H) (W)
Date  Initials  Status

I certify:
- I (do) do not own the animal described below & to my knowledge no one else owns this animal.
- I surrender custody to the Animal Welfare League of Arlington.
- To my knowledge, this animal has not bitten in the last 10 days.
- I understand I may not reclaim it.
- I understand it may be adopted or put to sleep if the League determines ___

X _Sonya Owens_
Received by: _J.S._    Date _6/20_

**Date Found:** Tuesday evening   Time: 12:45 AM ✓
Where found / Street, City: _____
Cross St. or landmark: _____
Neighborhood: _____
Check Last File? On __/__ Shelter called by __ Days Initial Date Initial

**COUNTY TAG:**
**RABIES TAG:**
**ID TAG:** 12280
**TATTOO:**
**MICROCHIP #:**
Reg. Collar Color/Type: _____
Flea Collar Color/Type: _____

Advertised in Wash. Post beginning date: _____
COMMENTS: # 12280
Dog's Name: Kona
SEX: (M) F  S/N — Already NOT S/N  Puppy / Young Adult / Adult 18   WT: 18  COLOR: brown/white

**DESCRIPTION:** 70.0 wt. ✓ Med Cert. D&T Initials
_called re: presence of dog and owner_

D-262  DOG +  IN LITTER  BREED: Germ. shepherd pointer   BU __ RTO __ 6.17
   STRAY ☐  OWNED ☑   DATE IN 6.17

_Euth._
_11/9/04_
_10:30_