Dear Prospective Owner,

Often times with the adoption of a new dog, especially an older puppy, there are numerous questions concerning the dog's upbringing and this is why I wrote this letter.

Kona is an AKC registered German Shorthair Pointer. He was born on November 29, 2002. He came out of a litter of 13 pups, in which 11 were boys. It was the parents' first litter and all 13 pups survived. Later, after I selected him, I found out that he was the breeder's favorite pup. He used to carry him around the house, etc. I actually took two pups so that they could exercise each other. His brother, Swiss, is a little bit taller. Of the two dogs, I think Kona is the most handsome and the smartest. I had every intention of showing him until he developed a bubble on his left elbow. He stacks very well.

On Memorial Day weekend, Kona and Swiss got into their first fight. I wasn't home to break it up then and it seems to be getting worse. Before this, they would argue or growl at each other, hairs would raise, then Swiss would back down and they both would shake it off. Or I would hear them growl at each other, yell "enough" and they would shake it off. Well, Swiss isn't backing down anymore and Kona has never backed down from a confrontation. Swiss got injuries to his paw and Kona got injuries to his ear. And me, I've run out of time.



*[handwritten margin note: ALL OF THE SCARRING WILL DISAPPEAR. RAISED WITH 2 CATS.]*

It seems that every morning Kona has decided that he doesn't want Swiss around him and especially near their food dish, while he's eating. When Kona growls he's quite serious and I grab him by the collar, then walk him away and hold him for about 10 minutes, until he calms down. During that time out, he is looking for Swiss to make any kind of move to come near him or whatever, to start the fight. While Kona is angry at Swiss, I cannot pull or push him or cover his eyes because he will lunge at Swiss, but I do firmly tell him "no." After eating he's fine until both dogs decide to get possessive of me, or a toy. I've never had any problem handling him, his food, or literally reaching in to pull something out of his mouth.

His medical records are at Friendship Animal Hospital in Washington, DC – a very highly rated animal hospital. That's where he was taken to look at this bubble. After extracting fluids and testing, it was determined that it is simply a collection of fluid, that dogs sometimes develop for no apparent reason. I had one of two choices, compression bandages on that elbow for 4-6 months or surgery. I opted for the compression. 12 hours later, I removed the bandages when I noticed the swelling in his left leg and the discomfort caused by it. I'm no Vet but I think that a loss of circulation in a leg can't be a good thing. So that was $200 worth of experience. However, over the past 2 weeks since he's had the run of the house, I've noticed that the bubble has decreased significantly, probably because he's sleeping on my sofa or a blanket I put on the hardwood floor.

I have taken Kona and Swiss to the park to play every morning since the first day that I got them. This is no exaggeration! In the last 18 months, I think we've missed maybe 4 days. Give them a twisted rope or a water bottle or a good stick and they're off running and playing with each other. Recently, Kona has learned to retrieve and they're both very "birdy" which means they point on birds and small animals like squirrels. Both dogs respond to being called off lead, and were not allowed to eat anything found outside the house. No one gave them food or toys, inside or outside, but me. Kona is very strong, agile and very quick.

