MEMO TO: Commander Green
            5th District
            Washington DC Metropolitan Police

FROM: Kay Speerstra
         Interim Executive Director
         Animal Welfare League of Arlington

Date: November 11, 2004

I have a bizarre situation with a woman that I believe to be a Captain in the Metropolitan Police Department.

On June 17, 2004 a woman identifying herself as Sonya Owens surrendered a German Shorthair Pointer to the League. She was upset about needing to give up the dog but explained that the dog (Kona) was not getting along with her other male dog. She signed the paperwork and gave us a two page letter to pass along to the new adopter. She spent quite a lot of time with League staff. We accepted the dog and adopted it out to a new owner on June 30, 2004.

Approximately 4 weeks ago a woman who said she was Sonya Owens called me to say that her dog had been stolen by her dog walker while she was out of town and that the dog walker had brought the dog to us. She said that she had a police report to prove her allegation. After several scheduling difficulties she met with me at the League offices on Friday Nov. 5.

The staff that had worked with Ms. Owens previously recognized her as being the same woman who had surrendered the dog to us in June.

Ms. Owens went into a lengthy explanation of how her dogs had gotten lost and all the effort she had put into finding them. She told me that she wanted to get her dog back. I told her that I wanted to speak to the officer that had taken the report of the theft and to the Commonwealth Attorney and that I would get back to her.

When I called the 4th district to speak to the officer identified as badge number 3671 the number could not be identified. At this time I had no idea that Ms. Owens was a police officer because she had told me that she worked for Microsoft. During my conversation with an officer at the 4th District I was told that Sonya Owens was indeed a police captain and the description was consistent with the woman that had been in the shelter looking for her dog.

I am very confused about all this, but am concerned that this police report may not be valid. Perhaps there is a logical explanation for all this, but it is not clear what that would be.

