17

1  report, so at that point, I told her, okay, I wanted to
2  see the documents and that I would have Sergeant
3  Flipping go out and pick up the documents that she
4  received from Captain Owens.
5      Q   And did Sergeant Flipping do that?
6      A   Yes.
7      Q   What documents did you receive as a result of
8  that?
9      A   I received a letter that had been addressed
10  to the prospective owner of the dog and that was signed
11  "Sonya." And then I also received a Police Department
12  report form, which is a PD-251, from a burglary that
13  occurred at Captain Owens's house.
14      Q   And what did you do with that information?
15      A   Well, at that point, because I wasn't sure
16  whether this burglary was in fact a reported document,
17  whether this report was a false document or not, I
18  called Internal Affairs and was guided by their
19  instruction, which was to, at that point, place Captain
20  Owens on non-contact.
21      Q   Did you have any reason to believe that it
22  was a false report?