# Metropolitan Police Department
## Incident-Based Event Report — Washington, D.C.

**1 - CLASSIFICATION OF EVENT**
TYPE OF REPORT: Offense/Incident

**2 - DATE AND TIME OF EVENT**
- Start Date: 3/04, Start Time: 14:00
- End Date: 04/04, End Time: 12:00

**3 - DATE OF REPORT:** 04/04
**4 - TIME OF REPORT:** 23:30
**5/6/7 - DISTRICT/SECTOR/BEAT**
**8 - COMPLAINT NUMBER:** 143115

**EVENT LOCATION ADDRESS:** 325 INGRAHAM ST NW
Inside of

**10 - REPORT RECEIVED BY:** On-scene
**11 - IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** Yes
**12 - PROPERTY TYPE:** Private

**EVENT NO. 1:** THEFT I
**EVENT NO. 2:** BURGLARY I

**FORCED ENTRY:** No
**POINT OF ENTRY:** FRONT DOOR
**SUSPECTED HATE CRIME?:** (none)

**SECURITY SYSTEM:** Alarm/Audio, Dead bolt, Exterior lights, Fence, Dog, Neighborhood watch

**LOCATION TYPE:** Residence/Home

**DESIGNATED AREAS:** Single family dwelling

**19 - WEATHER CONDITIONS:** Unknown

---

**PART II - VICTIM INFORMATION**

**NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** OWENS, SONYA

**VICTIM TYPE:** Individual
**SEX:** Female
**AGE RANGE:** 18-65 yrs.
**HOME PHONE:** (202) 726-7024
**BUSINESS PHONE:** (202) 321-3150

**RACE/ETHNICITY:** Black

**HOME ADDRESS:** DC Resident — SAME

**BUSINESS ADDRESS/SCHOOL:** MICROSOFT

**OCCUPATION:** IT

**IS EVENT RELATED TO OCCUPATION?:** No

---

**STATUS:** Open

51 4/99