UN-938 Rev. 1/04

# METROPOLITAN POLICE DEPARTMENT
## Office of Internal Affairs
### *Complaint Summary Sheet*



| | |
|---|---|
| ☒ CCN | |
| ☐ REFERRAL (OIA) | CS #: 04-1880 |
| ☐ OIA INT | OIA CASE #: 04-184 |
| ☐ [illegible] | INTEL #: |

| Name: Sonya, Owens | Rank: Capt | Element: 5D | Badge#: C0018 | SSN: 578116851 | Race: B | Sex: M | Revoked? Y |
|---|---|---|---|---|---|---|---|
| Name: | Rank: | Element: | Badge#: | SSN: | Race: | Sex: | Revoked? |

*Use additional CS Sheet(s) to add names, completing only relevant portions with additional information. Be sure to enter relevant CS number on all supplemental CS sheets used.*

**Location of Incident:** Animal Welfare League of Arlington, V.A. 22206/Located on S. Arlington Mill Drive

**Date of Incident:** 11/05/04   **Time of Incident:** Unknown at this time

**MPD Member First Receiving Complaint:** Commander Jennifer Greene   **Date Notified:** 11/11/04

**Type of Complaint:** ☒ Citizen Complaint (PD-99)  ☐ Civil Action  ☐ DOMVI
*(Check all that apply)*  ☐ Use of Force  ☐ Excessive Force  ☐ EEO  ☐ Other _____

**Name of Complainant(s)/Source(s):** Ms. Kay Speerstra

**Complainant/Source Address:** Animal Welfare League of Arlington, V.A. 22206

**Complainant/Source Arrested?**   **Charge(s)**   **If Arrested, Complainant/Source: Race:   Sex:**

**Complainant Phone Numbers:** Work: 703-931-9241   Home:   Other:

**OPR Member Receiving Complaint:** D. Jackson   **Date Rec'd:** 11/12/04   **Time Rec'd:** 1745

**Unit Official Notifying OPR:** Inspector Stanly Wigeton   **Element:** OPR   **Phone Number:** 202-727-4385

**Allegation(s):** Falsefication of a MPD Report   **Member(s) Arrested? Charge(s):**

**SYNOPSIS:** On November 4, 2004, the above listed Captain forwarded a Theft I/Burglary I Report to the Animal Welfare League regarding one of her (Captain's) dogs allegedly had been stolen from her residence and then turned over to their place of business. However, the complainant recognized the Captain from July 17, 2004, when the Captain Owens actually surrendered the dog over to them for adoption. In the description of stolen items, Captain Owens claimed to have had 1300.00 worth of jewelry stolen. See Attachments

| UFIR Completed? | Date UFIR Completed: | UFIR Declination Date: | Reverse-Garrity Issued? |
|---|---|---|---|

*INSTRUCTIONS: On ALL Use of Force Incidents, ascertain whether a Use of Force Incident Report (UFIR) was completed. If so, indicate "Y" and enter the date completed, and direct the notifying official to FAX a copy to FIT 202-576-7514 prior to being relieved from duty. If not, direct the notifying official to immediately contact a FIT official, who will approve or deny the issuance of Reverse-Garrity. Whether approved or denied, the notifying official shall then call back and notify the OIA agent accordingly, and obtain the CS numbers. If FIT denies issuance of Reverse-Garrity, instruct the official to prepare and forward a preliminary report to OPR, recommending USAO review.*

| Forwarded to: ☐ PCU1 ☐ PCU2 ☐ PCU3 ☐ PIR ☐ EEO [Date] | CS Entry By: MS Date: 11/16/04 |
|---|---|
| Referral Approved By: | Date: |
| Intel Approved By: | Date Assigned: |
| Case Approved By: [signature] | Date Assigned: 11/[illegible] |
| Disposition: | Signature: |