**METROPOLITAN POLICE DEPARTMENT**
**Regional Operations Command-Central**
**Fifth District**

**MEMORANDUM**

**TO:**  Sonya Owens
         Captain

**Subject:**  Meeting with Agent T. Ostazeski
**Location:**  Office of Professional Responsibility
               51 N Street NE
**Date:**  Friday, March 11, 2005
**Time:**  1000 hours

You are directed/ordered to bring with you the following information and provide it to Agent Ostazeski:

1. The name, address and telephone number of the police agency that assisted you with the return of your dogs.

2. The name of the contact person in that police agency.

3. The name, address and telephone number of the Pet Sitting Service that you used last year. If you used more than one agency, then provide all the names, addresses and telephone numbers of the Pet Sitting Services that you used last year and the dates that you used each service.



Jennifer Greene
Commander

_____        3-9-05/1640 hrs.
Signature of Receipt                  Date/Time