

# Metropolitan Police Department
*Regional Operations Command - Central*

✷ ✷

1500 Eckington Place Northeast Washington, D.C. 20002 (202) 576-8881

## MEMORANDUM

**TO:** Director
Disciplinary Review Office

**THRU:** Assistant Chief of Police
Office of Professional Responsibility

**FROM:** Assistant Chief of Police
Regional Operations Command-Central

**DATE:** APR 7 2005

**SUBJECT:** Final Investigative Report and Recommendation that Captain Sonya Owens be cited for Adverse Action, CS# 05-0441

Your attention is invited to the attached investigative report prepared by Commander Jennifer Greene regarding Captain Sonya Owens being Absent Without Official Leave on March 11, 2005. Commander Greene's investigation revealed that Captain Owens placed a request for Administrative Leave or Compensatory Leave under Commander Greene's office door between the hours of 1000 and 1215 on March 11, 2005. Commander Greene returned to the office, found the request, and made attempts to contact Captain Owens regarding the leave request and the manner in which she made her request. Captain Owens did not respond to Commander Greene's messages to contact her. Commander Greene disapproved the leave request by Captain Owens. Captain Owens did not report for duty on March 11, 2005. Based on this fact, Commander Greene recommends Captain Owens be cited for Adverse Action for being Absent Without Official Leave (General Order 1202.1). I have reviewed this investigation and concur with the findings.

Attachment
ROC#05-318

