

# Metropolitan Police Department
### *Regional Operations Command - Central*

❊ ❊

1500 Eckington Place Northeast Washington, D.C. 20002 (202) 576-8881

## MEMORANDUM

**TO:**     Director
            Disciplinary Review Office

**THRU:**   Assistant Chief of Police
            Office of Professional Responsibility

**FROM:**   Assistant Chief of Police
            Regional Operations Command-Central

**DATE:**   APR 7. 2005

**SUBJECT:** Final Investigative Report and Recommendation that Captain Sonya Owens be cited for Adverse Action CS# 05-0448

Your attention is invited to the attached investigative report prepared by Commander Jennifer Greene regarding Captain Sonya Owens being Absent Without Official Leave from March 13, 2005 through March 26, 2005. Commander Greene's investigation revealed that Captain Owens was served a notice from Chief Charles Ramsey regarding her appeal of a twenty-day suspension. In the letter, the appeal was denied, however the penalty was modified to ten days served suspension and ten days held in abeyance. Included with this package was a memorandum addressed to Commander Greene advising that Captain Owens start her suspension on March 13, 2005 unless the suspension caused operational difficulties, then the dates could be changed. Captain Owens interpreted this to mean she was suspended starting March 13, 2005, therefore she did not report for duty as required on March 15, 2004. Attempts were made to contact Captain Owens, all with negative results. Captain Owens reported for duty on March 29, 2005. Captain Owens advised Commander Greene that she had a memorandum signed by Chief Ramsey saying she was suspended starting March 13, 2005. The memorandum Captain Owens refers to was addressed to Commander Greene and was to be used as a guideline for the commander to follow in effecting the suspension. Captain Owens was never served a PD Form 77 to change her duty status. Based on this fact, Commander Greene recommends Captain Owens be cited for Adverse Action for being Absent Without Official Leave (General Order 1202.1). I have reviewed this investigation and concur with the findings.

Attachment
ROC#05-318

