# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

*Office of Internal Affairs*

P.D. 854 REV. 01/94

## REPORT OF INVESTIGATION

| FILE TITLE | DATE OF OCCURRENCE | | |
|---|---|---|---|
| Capt. Sonya Owens | 11-5-04 | | |
| TYPE OF CASE | CCN | | O.I.A. FILE NO. |
| Falsification of MPD report | CS # 04-1880 | | # 04-184 |

**NARRATIVE:** SYNOPSIS OF CASE INVESTIGATION

### SYNOPSIS:
Captain Owens surrendered her dog to Arlington Animal Welfare League in June, 2004, however, in October, 2004, she decided she wanted the dog back. She presented the League with a bogus PD 251 of a Burglary One, claiming that the dog and some jewelry were stolen from her home.

### INVESTIGATION:
Thursday, 3-12-05, 1000 hours
Animal Welfare League of Arlington
2650 S. Arlington Mill Dr
Arlington, VA 22206

The undersigned responded to the League to have Susan Sherman review and sign her statement, afterwards, she was shown a photo spread. The statement and photo spread viewing took place in a private room, where she reviewed and signed her statement, then was shown the photo spread. She immediately pointed to Sonya Owen's picture and said, "That's her." She then circled the photo, initialed it and signed the page at the bottom.

**CASE STATUS:** _OPEN _CLOSED _OTHER(Explain)    PAGE 1 OF ? PAGES

INVESTIGATOR'S SIGNATURE: [signature]    DATE 3-12-05

SUPERVISOR'S SIGNATURE:    DATE

*This report is the property of the Office of Internal Affairs, Metropolitan Police Department, Washington, D.C. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.*