METROPOLITAN POLICE DEPARTMENT
Office of Professional Responsibility
Office of Internal Affairs

**MEMORANDUM**

TO: Assistant Chief of Police
Office of Professional Responsibility

THRU: Director
Office of Internal Affairs

THRU: Captain
Office of Internal Affairs

THRU: Lieutenant
Police Corruption Unit One

DATE: April 4, 2005

SUBJECT: Final Investigative Report and Recommendations concerning Office of Internal Affairs Confidential Investigation # 04-184, CS# 04-1880

## CHRONOLOGICAL NARRATIVE SECTION

On November 11, 2004, Commander Jennifer Green of the Fifth District received a letter[1] from Ms. Kay Speerstra, Executive Director of the Animal Welfare League of Arlington (A.W.L.A.), 2650 S. Arlington Drive, Arlington, Virginia, about Captain Sonya Owens of the Fifth District. In the letter, Ms. Speerstra related that on June 17, 2004, a woman who identified herself as Sonya Owens, of 1325 Ingraham Street, Northwest, Washington, D.C., responded to the A.W.L.A. to surrender a German Shorthair Pointer dog that she owned, named Kona. She stated that the reason for the surrender was because Kona was constantly fighting with another German Shorthair Pointer dog that she owned.[2] She also provided a letter describing the dog's habits, etc., that she had prepared and signed, to give to prospective adopters.[3] She seemed very upset about having to surrender the dog and several of the League staff members spent considerable time with her as a result.

Several months later, in October, 2004, a woman who identified herself as Sonya Owens called Ms. Speerstra and said that while she was out of town, her pet sitter had stolen her dog, a German Shorthair Pointer, and then had surrendered the dog to the A.W.L.A. The caller told Ms. Speerstra that she had a police report to prove her allegation.[4] Ms. Speerstra directed her to bring a copy of the police report into the A.W.L.A. office.

---

[1] Copy of letter sent to Commander Green from Ms. Speerstra (attachment #1)
[2] Copy of A.W.L.A. surrender forms, prepared and signed by Sonya Owens (attachment #2)
[3] Copy of letter to be given to prospective adopter, signed by Sonya Owens (attachment #3)
[4] Copy of PD 251 Theft One/Burglary One report presented to A.W.L.A. by Sonya Owens (attachment #4)