*Serve & Return*
*Human Services*
*HS-6061*

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

Metropolitan Police Department    APR 2 5 2005

DRD# 164-05  CS# 04-1880
DRD# 165-05  CS# 05-0447
DRD# 166-05  CS# 05-0448

**MEMORANDUM**

TO:   Captain Sonya Owens
      Fifth District

SUBJECT:   Notice of Proposed Adverse Action

As a result of your actions as described in the attached investigative report, the department hereby charges you with the following misconduct:

Charge No. 1:   Violation of General Order 1202.1, Part I-B-17, which reads: "Fraud in securing appointment or falsification of official records or reports". This misconduct is defined as cause in Section 1603 of the D.C. Personnel Manual.

Specification No. 1:   In that on or around November 5, 2004, while off duty, you presented a PD Form 251 report of a Theft One/Burglary One to the Director of the Animal Welfare League of Arlington. You presented the report as a legitimate and genuinely documented report of the MPD, knowing that it was fictitious.

Charge No. 2:   Violation of General Order 1202.1, Part I-B-6, which reads: "Willfully and knowingly making an untruthful statement of any kind in any verbal or written report pertaining to his/her official duties as a Metropolitan Police Officer to, or in the presence of any superior officer, or intended for the information of any superior officer, or making an untruthful statement before any court or any hearing". This misconduct is defined as cause in Section 1603 in the D.C. Personnel Manual.

Specification No. 1:   In that on March 3, 2005, during an interview with the Office of Internal Affairs you stated that a MPD officer responded to your residence on June 4, 2004 and prepared a PD 251 report of Theft One/Burglary One. You made this statement knowing this to be untrue.