GOVERNMENT OF THE DISTRICT OF COLUMBIA

Metropolitan Police Department

OCT 1 4 2005

#164-05 CS-04-1880
#165-05 CS-05-0447
#166-05 CS-05-0448

MEMORANDUM

TO:     Captain Sonya Owens
        Fifth District

SUBJECT:  Final Notice of Adverse Action

Reference is made to the letter dated April 25, 2005, and received by you on May 3, 2005, wherein you were served with notice of proposal to terminate your employment as a member of the Metropolitan Police Department on charges of: (1) Fraud in securing appointment or falsification of official records or reports; (2) Untruthful Statement; (3) Willfully disobeying orders or insubordination; (4) Conduct Unbecoming an Officer and (5) Conviction. Cases No.165-05 and 166-05: A.W.O.L, Absent Without Official Leave. You were also informed of the reasons bringing about the charges and of your right to review and obtain copies of the material the department intended to use against you. This notice informed you that a hearing Panel consisting of Commander Evelyn Primas, Commander Joseph Griffith and Commander Robert Contee, III, would hear the charges against you. You were also informed of the date of the scheduled adverse action hearing as well as your right to representation.

The hearing of the charges against you was held on August 15, 2005, and September 12, 2005. Where on September 12, 2005, you failed to appear and was tried absentia.

At the conclusion of the hearing, the Panel wrote the attached memorandum provided herewith for your information, detailing their findings, conclusions and recommendation.

## CONCLUSION

I find you Guilty of the Charge(s) and Specification(s) as outlined in the attached Findings and Recommendations issued by the Panel.

Upon consideration of the findings by the Panel and a review of the record, I conclude that a Preponderance of the Evidence proves that you are guilty of the Charges and Specifications as