|                              |   |                        |
|------------------------------|---|------------------------|
| Metropolitan Police Department | ) |                      |
| Employer                     | ) |                        |
|                              | ) |                        |
| Vs.                          | ) | Employee Appeal        |
|                              | ) | Final Adverse Action   |
| Captain Sonya L. Owens       | ) | DDRO 164 thru 166-05   |
| Employee                     | ) |                        |
|                              | ) | October 24, 2005       |
|                              | ) |                        |

In the matter involving Captain Sonya Owens, this appeal is filed for consideration of the decision of the Administrative Panel based on the following:

1. On August 15, 2005, the Administrative Panel's denied Captain Owens' request for a continuation. Instead, the Administrative Panel decided to conduct the Hearing without her presence, without her answer to the charges and after acknowledging that she had not received information, although requested numerous times.

2. Captain Owens requested a complete copy of the Department's investigation. Among other things, she requested missing attachments, witness statements and the Department's documentation that would support its allegation of criminal prosecution, court proceedings, court appearances and; the substance of the Letter of Declination the Department purported to have received from the Department of Justice related to this matter.

3. The Letter of Declination provided by the Department and presented as proof of its Reverse Garrity compliance, directly refutes its subsequent Charge No.5. How does the Administrative Panel decide that Captain Owens is "guilty" of a conviction without any evidence; yet reviews documents provided by the Department that states that there were not any criminal charges filed or subsequent prosecution? It amounts to slander and defamation of character.

4. On September, 1, 2005, the District of Columbia, the Mayor, the Office of General Counsel (albeit DC Attorney General's Office) and the Metropolitan Police Department was served with US District Court summons as Defendant in a $ 5 million civil lawsuit filed by Captain Owens that lists among other specifics, the allegations within this administrative hearing, referred to herein as DDRO 164-05, 165-05 and 166-05.

5. On September 9, 2005, Captain Owens served a letter to Inspector Sherrod (Director of DDRO) which stated that although there was a discussion between DDRO and her attorney, the Department had not served notice that the Administrative Panel had rescinded its earlier ruling made on August 15th, and instead, decided to grant Captain Owens' previous request for a continuation. The Department never provided written notice to Captain Owens of any decisions regarding any continuance or subsequent Hearing dates.

