

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

NOV **10** 2005

Captain Sonya Owens
Fifth District
1805 Bladensburg Road, NE
Washington, DC 20002

Dear Captain Owens:

This will acknowledge receipt of your final appeal, on 24 October 2005, of an adverse action, wherein you request that the adverse action be dismissed and that your discharge be rescinded, due to the agency's denial of procedural due process with respect to the charges, "Falsification of Official Records or Reports," "Untruthful Statements," "Insubordination," "Conduct Unbecoming," "Deemed to Have Been Involved in the Commission of Any Act Which Would Constitute a Crime," and "AWOL." The case numbers are OIA 04-184, CS 04-1880, CS 05-447, CS 05-448, DRD 164-05, DRD 165-05, and DRD 166-0520.

After a thorough review of the Adverse Action Panel's decision, the record and the investigative report developed in this matter, and upon consideration of your letter requesting a review, I am *denying* your appeal. You had ample opportunity to defend yourself before the Panel and an additional month, by means of a continuance, to prepare for your hearing

This constitutes final agency action in this matter.

Sincerely,

Charles H. Ramsey
Chief of Police

cc:   Assistant Chief Brian K. Jordan, ROC - Central
      Assistant Chief Shannon P. Cockett, Human Services
      Commander Jennifer Greene, Fifth District
      File: OIA 04-184, CS 04-1880, CS 05-447, CS 05-448, DRD 164-05, DRD 165-05, DRD 166-0520