## GOVERNMENT OF THE DISTRICT OF COLUMBIA

OFFICE OF EMPLOYEE APPEALS



REPLY TO:
717 14TH STREET, N.W.
3rd Floor
WASHINGTON, D.C. 20005
(202) 727-0004
FAX (202) 727-5631

### PETITION FOR APPEAL
(PLEASE TYPE, OR PRINT LEGIBLY)

#### SECTION A: PERSONAL INFORMATION
(This section must be completed.)

1. **SOCIAL SECURITY NUMBER:** 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

2. **TITLE:** Mr.  (Ms.)  Mrs.  Miss  Dr.  (circle one)

3. **LAST NAME:** OWENS

4. **FIRST NAME:** SONYA

5. **STREET ADDRESS:** 1325 INGRAHAM ST. NW

6. **APARTMENT NUMBER:** ____

7. **CITY/STATE/ZIP CODE:** WDC, 20011

8. **PHONE NO(S):** (Home): (202) 321-3150   (Work): (___) ____

**THIS BOX FOR OEA USE ONLY**



RECEIVED
05 NOV 28 PM 12:11
OFFICE OF EMPLOYEE APPEALS

**DATE OF RECEIPT**

**POSTMARK DATE**
1601

**OEA MATTER NUMBER**
0015-06

#### IMPORTANT NOTICE
Two signed copies of this form must be filed with:
THE OFFICE OF EMPLOYEE APPEALS
717 14TH STREET, NW
THIRD FLOOR
WASHINGTON, DC 20005

You may file this form: (1) via facsimile (202.727.5631); (2) in person, Monday through Friday between the hours of 9:00 am and 5:30 p.m (except on District Government holidays); or, (3) by mail at the address noted above.

Note that as a general rule, we require two copies of all documents that you file with this Office.

It is your responsibility to keep this Office informed of changes in address or telephone numbers. If you do not receive official notices because this Office does not have your current address, your appeal may be dismissed for failure to respond to the notice.

If you are appealing a RIF, complete sections A, B, D, and E. For appeals of adverse actions, complete sections A, B, C, and D. Be sure to file your appeal within the timeframe stipulated in the notice you received. Attach copies of any correspondence that you received from the Agency pertaining to your appeal.       (Rev. 1/00)