**Law Office of Jimmy A. Bell, PC**
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

AUG 1 3 2005

August 12, 2005

**Deliver via Courier**
Phyllis Dailey, Claims Bureau Manager
Claims Division
D.C. Office of Risk Management
441 4th Street, NW – Room 800 South
Washington, D.C. 20001

    Re:    Notice of Intent to File a Lawsuit Against the District of Columbia Government for Negligent Acts, Retaliation, and Violation of Civil Rights Against Captain Sonya Owens, MPD

Dear Ms. Dailey:

This letter represents a notice of intent to file a lawsuit against the District of Columbia Government for negligence, federal and state civil rights violations, and retaliation for being a witness in a federal civil rights case on behalf of my client, Captain Sonya Owens, MPD.

In June 2001, Sonya Owens was interviewed by the EEOC, as a witness in the complaint of Officer Sharon Ritchie and Tracie Jones that alleged, among other things, gender and pregnancy discrimination against Commander Willie Dandridge (Sixth District). In the complaint, she testified (with Beverly Johnson representing MPD) that both officers had received disparate inequitable treatment, which included violations of Department policies. Prior to that, she told Chief Ramsey (in a meeting for women officers held at Howard University Law School) that the officers' medical paperwork alleged to have been misplaced by Sixth District Administrative Staff was properly submitted personally by Ms. Owens and that no one at the Sixth District had made her aware that they had not received copies. Subsequently, Officer Lovell (Acting Sergeant) admitted that he removed their paperwork from the Administrative Section, and then told Commander Dandridge that Owens had not submitted the paperwork. The officer also forged documents in support of his false claims. Officer Lovell was promoted to sergeant and assigned a premium position.

In September 2001, Ms. Owens was abruptly transferred from the Sixth District to the Fifth District, in spite of telling Commander Dandridge that she did not want to be transferred. Prior to that time Ms. Owens was told, that she was not a "team player". Her paperwork suddenly became unacceptable, she was removed from conducting

