IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>)<br>Defendant. )<br>) | **Case No. : CV-05-1729 (AK)** |

### ORDER

Upon Consideration of Defendant's Motion to Plaintiff's opposition and in the interests of justice, it is this ____ day of _____ 2007,

ORDERED that the Defendant's Motion is DENIED.

_____
Judge