UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SONYA OWENS,            )
       Plaintiff,   )
       v.               )   Civil Action No. 05-1729 (AK)
DISTRICT OF COLUMBIA,   )
       Defendant.   )

## MEMORANDUM ORDER

Pending before the Court is Defendant's Motion for Reconsideration of this Court's May 14, 2007 Order, Denying The District Defendant's Motion To Extend Time To File Dispositive Motion ("Motion for Reconsideration") [24] and Plaintiff's opposition thereto [143]. By Memorandum Order dated May 14, 2007, this Court denied Defendant's [Fifth] and [Sixth] Motions to Extend Time to File Dispositive Motions [19,21] and ordered that Defendant's dispositive motion, filed on May 11, 2007, be stricken from the docket for being untimely filed.

Upon review of Defendant's Motion for Reconsideration and after holding a hearing on such Motion, on June 17, 2007, this Court concludes that none of the arguments set forth in the Defendant's Motion and/or at the hearing constitute grounds for reconsideration of this Court's May 14, 2007 Order. "Only if the moving party presents new facts or a clear error of law which 'compel' a change in the Court's ruling will the motion to reconsider be granted". *New York v United States*, 880 F. Supp. 37, 38 (D.D.C. 1995); *National Center for Manufacturing v. Department of Defense*, 199 F. 3d 507, 511 (D.C. Cir. 2000)   The instant Motion for Reconsideration fails to meet this standard.  Accordingly, it is this 5th of July, 2007,

**ORDERED** that Defendant's Motion for Reconsideration [24] is **DENIED**.

                                            _____/s/_____
                                            **ALAN KAY**
                                            **UNITED STATES MAGISTRATE JUDGE**