UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SONYA OWENS,
                        Plaintiff,

        v.                                          Civil Action No. 05-1729 (AK)

DISTRICT OF COLUMBIA,
                        Defendant.

**SCHEDULING ORDER**

The parties having consented to this case being referred to the undersigned for all purposes and

trial, it is this 16th day of July, 2007,

        **ORDERED** that the parties will comply with the following schedule:

1.      Motions *in Limine*, if any, should be ready for argument by Sept. 20, 2007

2.      Plaintiff's Pretrial Statement, proposed Voir Dire,    September 24, 2007
        Jury Instructions and Verdict Form

3.      Defendant's Pretrial Statement, proposed Voir        September 27, 2007
        Dire, Jury Instructions and Verdict Form[1]

4.      Pretrial Conference (by telephone)                   October 2, 2007
        Court will initiate the call.                        3:00 p.m.

5.      Jury Selection                                       October 4, 2007
                                                             2:00 p.m.

6.      Trial                                                October 5-12, 2007
                                                             (beginning at 9:30 a.m.)

                                _____/s/_____
                                ALAN KAY
                                UNITED STATES MAGISTRATE JUDGE

---

[1]If the parties would prefer to file a Joint Pretrial Statement, they may do so by September 24, 2007.  In that case, Defendant's proposed Voir Dire, Jury Instructions and Verdict Form would still be due by September 27, 2007.