UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 05-CV-01729(ESH)(AK) |
| DISTRICT OF COLUMBIA *, et al.* | ) ) |
| Defendants | ) ) |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General David A. Jackson as co-counsel for the Defendant District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

NICOLE L. LYNCH (471953)
Chief, Section II

/s/David a. Jackson/s/
DAVID A. JACKSON (471535)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
Direct Line (202) 724-6618
Fax:  (202) 727-3625
davida.jackson@dc.gov