IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>)<br>Defendant. )<br>)<br>) | Case No. : CV-05-1729 (AK) |

**PLAINTIFF'S PRETRIAL STATEMENT**

Pursuant to this Court's Pretrial Scheduling and Procedures Order, Plaintiff hereby files her Pretrial Statement:

I.  **INFORMATION REQUIRED BY LOCAL RULE 16.5(b)**

**1. Statement of the Case**

This is an action brought pursuant to 42 U.S.C. § 1981 and District of Columbia Human Rights Act §§ 2-1402.11 and 2-1402.61. Plaintiff is a female employee of the Metropolitan Police Department. She claims that she was discriminated against, by her employer, because of her Race (Black), Sex (Female) and Retaliation. Plaintiff has brought a five count complaint alleging discrimination and retaliation and seeks compensatory damages, pre- and post-judgment interest, and attorneys fees and costs.

Defendant is the District of Columbia, sued in its representative capacity for the Metropolitan Police Department. This Court has jurisdiction over this matter under 28 U.S.C. § 1331.

## 2. Statement of Plaintiff's Claim

Plaintiff claims that she was discriminated against, by her employer, because of her Race (Black), Sex (Female) and Retaliation in violation of 42 U.S.C. § 1981 and District of Columbia Human Rights Act §§ 2-1402.11 and 2-1402.61.

## 3. Statement of Defenses

The District of Columbia denies the allegations stated in the plaintiff's complaint.

## 4. Witness Schedule

Plaintiff Expects to Call:

1. Plaintiff  Sonya Owens 1-3 hours

   This witness will testify regarding her claims.  Direct examination 1-3 hours.

   Tracey Miles, Officer, Metropolitan Police Department

   Sixth District Station
   100 42nd Street, NE
   Washington, DC 20019

   This witness will testify regarding her knowledge of the events that occurred between March through May of 2001- 2005.  This witness will also testify that she was treated similarly to Sharon Ritchie, as she was also pregnant during this time, in that a demand was made that she too submit a detailed letter from her physician.  Direct examination is expected to take 1 hour.

2. Sharon Ritchie

   Sixth District Station
   100 42nd Street, NE
   Washington, DC 20019

This witness will testify regarding her treatment during March through May of 2001 – 2005 and Plaintiff's actions to speak out against sex discrimination. Direct examination is expected to take 1 hour.

3. Sgt. Carmen Sweeney will testify to as to Plaintiff's allegations. (30 min)

4. Commander Jennifer Greene will testify to as to Plaintiff's allegations. (30 min)

5. Det. Theresa Ostaseski will testify to as to Plaintiff's allegations. (30 min)

6. Art Schwartz will testify to as to Plaintiff's allegations. (30 min)

7. Kay Speerstra will testify to as to Plaintiff's allegations. (30 min)

8. Susan Sherman will testify to as to Plaintiff's allegations. (30 min)

9. Larry Toye will testify to the police responding to a burglary alarm at Plaintiff's home in 2004, when I she was not at home. (30 min)

10. Erol Arthur will testify to as to how many employees were removed from the Public Manager Certification Program after being accepted, because their agency refused to submit their application. (30 min)

11. Lieutenant Paul Charity he will testify to:
    i. He is assigned to IAD and reviewed Detective Ostazeski's investigation;

    N390

    ii. He reviewed Detective Ostazeski's criminal investigation in this matter; He saw the February 2, 2005, USAO Letter of Declination declining prosecution because it lacked merit; N393-394 (30 min)

12. Any witness offered by Defendant (30 min)

13. Impeachment witnesses. (30 min)

**5. List of Exhibits to be Offered in Evidence**

Plaintiff's Exhibits:

*Exhibits Plaintiff expects to offer into evidence*:

1. August Transcript
2. September Transcript
3. Agency's Answer
4. Chapter 16 DCOP Regulations
    a. P3 1603.3 Nolo Contendere
    b. P4 1603.8 Removal not mandated; others repealed
    c. P7 1608.3 & 4 Materials available to employee
    d. P8 1608.9 Active Duty Status
5. Requests for Audiotaped Interviews & Info
6. 2004 LexisNexis DC Code (Forgery & Fraud Repealed)
    a. DC Code Forgery & Fraud
    b. Citizenship Rights Not Abridged
7. G.O. 1202.1 (Discipline)
    a. P2 [# 2 & 3] Cause; rules, regulations, laws of DC
    b. P9 Internal Investigations
    c. P11 Members rights
    d. P16 Criminal Matters (no discipline invoking rights)
    e. P17 Appropriate prosecuting attorney & grants of immunity
    f. P22 Content of investigative report
8. G.O. 1202.5 (Citizen Complaints)
    a. P3 All complaints on PD99
    b. P7 Investigated in fair, objective…manner & follow G.O. 1202.1
    c. P9 Referral to USAO
9. Incident Report Writing
    a. P1 Hierarchy Rule not used in IBRS
    b. P6 Business or School
10. G.O. 1202.3 (Criminal Misconduct)
    a. Attachment A Miranda-Garrity
    b. Attachment B Reverse-Garrity
11. G.O. 206.1 (Time and Attendance)
    a. P3 Call-Back OT
    b. P2 Comp Time
12. G.O. 302.1 (Calls for Police Services)
    a. Written in April 1981
    b. Citywide Call Center repealed 2000 & 2002
    c. Customer Service Ops
    d. Definitions
    e. Unified Communications established Dec. 2004
    f. Transfer of records to Customer Service Ops

13. G.O. 1202.4 (Revocation of Police Powers)
14. DC Code re: Conducting Prosecutions
    a. P1 Prosecutions for misdemeanors by Corp. Counsel
    b. False report to police
    c. Tampering with physical evidence
    d. Obstruction [2, A, B, 3B, 6
    e. Offenses beyond District
15. IAD Procedures
    a. P21 IAD mission, appropriate prosecuting attorney
    b. P22 Appropriate States' Attorney & Investigative Check List
    c. P23 Declination Letter for U.S. Attorney's Office
    d. P35 Citizen Complaint Investigations
16. Requests for Admin Leave
    a. March 12th PD119
17. DC Code re: Electronic Recordings
    a. 5-116-02 Electronic Recordings not inconsistant
18. Sprint Cell Phone Bills
    a. March 11th
    b. May 29-31st incoming calls
    c. June 5th 11:18pm call to SOCC
    d. Police Calls July 7, 27th (2 calls), Sept. 17th
19. Home & Police Car Photos
    a. GO TO EMPLOYEE EXHIBIT # 8
20. Resume & 4D Intercom List
21. DDRO 2003 Case
    a. Real Sheet supported by P3
    b. 16 hrs. leave given up
    c. PD77 shows 2-Day Suspension
    d. 2nd Suspension in April
22. Pay Stubs
23. Bumped Reports & S.O. 86-12 (Cancelling CCN)
    a. CCN Reconciliation
    b. Cancelling CCNS
24. Sporting Dog Rescue & Others search (June 7, 2004) **No Colored Sheet**
    **a.** Rescue Groups
    **b.** GSP Adoption Application
25. Arlington Shelter Rules & Regulations
    a. Has a website Speerstra said Petfinder.com
    b. VA Code dogs are personal property
    c. 6B Shelter required to notify owner
    d. Definition of rightful owner
    e. Notification by individuals finding dogs
    f. Arlington Shelter purchase receipts
26. Doggy Credentials & Ribbons
    a. Compare Jax Pedigree with Kona's
27. Nemo Adoption papers

5

28. City Council Report on MPD Command Staff
    a. P2 Pattern & practice of MPD leaders
    b. P73 Failures in Leadership & last paragraph about false statements
    c. P78 [4th paragraph from bottom]
    d. P82 [1st paragraph]
29. General Order 1001.1 , Police and Fire Department general order regarding pregnancy.
30. Any evidence offered by Defendant.
31. Any evidence received in discovery.

### 6. Designation of Depositions

The parties reserve the right to introduce testimony from the Administrative Hearings for purposes of impeachment, or in the event that a witness is unavailable.

### 7. Itemization of Damages the Party Seeks to Recover

Plaintiff seeks compensatory damages in the amount of $5,000,000.

### 8. Request for Other Relief Sought by the Party

Plaintiff seeks costs and attorneys fees.

**UNDISPUTED, STIPULATED FACTS**

**None**

**III.   ESTIMATE OF TRIAL TIME**

The parties estimate that the trial should last three and a half (3 ½) days, inclusive of jury selection.

**IV.   SETTLEMENT NEGOTIATIONS**

**None**

**V.   MOTIONS TO BE DECIDED BEFORE OR AT TRIAL**

The District has filed one pretrial motion, which should be decided before or at trial:

Attorney for the Plaintiff:

_____/s/_____

6

JIMMY A. BELL
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)
Bar # MD 14639