## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————

)
**SONYA OWENS**                            )
                                           )
          Plaintiffs,                      )          **Case No. : CV-05-1729 (AK)**
                                           )
v.                                         )
                                           )
**DISTRICT OF COLUMBIA**                   )
                                           )
          Defendant.                       )
                                           )
——————————————————————)

### PLAINTIFF'S PROPOSED VOIR DIRE

The Plaintiff requests that the following voir dire be asked of the jury panel:

1.  Do you have a hearing problem or any other physical problem that might interfere with your ability to hear or understand the testimony of the witnesses in this case?

2.  Do you know any of the parties to this action, or the lawyers?

3.  Do you know any of the following persons who are expected to testify as witnesses in this case?

Sonya Owens
Tracey Miles
Sharon Ritchie
Lt. Paul Charity
Sgt. Carmen Sweeney
Commander Jennifer Greene,
Det. Theresa Ostaseski,
Art Schwartz,
Kay Speerstra,
Susan Sherman,
Larry Toye.

Erol Arthur

4. Have you had any legal training or experience, or worked for a lawyer or a law firm?

5. Have you, a family member or a close friend ever been involved in a court case as a plaintiff, defendant, witness or juror? If so, what was the case about? Did it go to trial? What was the outcome? Were you satisfied with the outcome? Is it possible that experience might influence you if you are selected to be a juror in this case? How?

6. Have you ever been employed by or are you currently seeking employment with the Metropolitan Police Department, the Attorney General's Office for the District of Columbia, or the Law Office of Jimmy A. Bell?

7. Have you ever had any experience with or been exposed to any publicity about the Metropolitan Police Department or the Office of the Attorney General for the District of Columbia that might affect your ability to hear this case fairly and impartially?

8. Are you or is any member of your family an employee of the DC government? Do you have any concern that being a juror in this case will affect your employment?

9. Have you had any experience with judges, lawyers or the courts that might affect your ability to hear this case fairly and impartially?

10. Have you, a family member or close friend ever been in a situation where you or they did not receive fair treatment at work? Did you or they make a complaint? What happened? Did it go to court? Were you satisfied with the outcome? Do you think that experience might influence you or affect your ability to be fair if you are selected to be a juror in this case? How?

11.  The plaintiff,  claims that she was discriminated against and retaliated against at her place of employment.  Based on the nature of this claim, is there any reason why you might not be able to remain objective until both sides have presented their evidence, to evaluate the evidence fairly and impartially, or to render a verdict in this case based solely on the evidence presented?

13.  Have you, any member of your immediate family, or any of your close friends, ever been the victim discrimination at their place of employment?  If so, do you think that the experience might influence you if you are selected to be a juror in this case?

15.  Have you, any member of your immediate family, or any of your close friends ever initiated a complaint charging discrimination?    If so, do you think that the experience might influence you if you are selected to be a juror in this case?

16.  Have you or any member of your family ever been interviewed, given a statement or testified in a deposition or at trial related to sex or pregnancy discrimination?

17.  Have you ever held a position where you were required to supervise employees?  If yes, have you ever been accused of treating an employee unfairly?  Did that employee file a claim or grievance against you?  What happened?

19.  Do you believe that supervisors accused of pregnancy discrimination are not trustworthy because of the nature of the charges brought against them or because they might want to protect their jobs or reputations?

21.  Is there anything in your life experience that would bias you against an employer who is accused of harming an employee?

22.  Do you know anything about the law of discrimination or retaliation?  Where does this knowledge come from?

23.  Could you put aside any sympathy that you might have or might develop toward any party or witness, and judge this case solely on the evidence presented?

24.  Do you believe managers are generally more credible or believable than regular employees?  Do you believe that regular employees are generally more credible or believable than managers?

25.  Do you have any personal, philosophical or other reasons that would influence you in the award of compensatory damages, should the jury determine that plaintiff was injured as a result of defendant's actions?

26.  Do you believe that an employer sued in court should have to pay damages or be found liable even if plaintiff has failed to demonstrate that she was the victim of discrimination or harassment?

27.  This case is expected to take approximately 3 ½ days to complete.  Would any of you, because of the length of this trial, find it an undue burden to serve as a juror in this case and give your full time and attention to it?

28.  You have heard the questions that I have asked as part of the voir dire process.  As these questions were being asked, did anything come to mind that you feel the Court should be aware of with respect to your service as a juror?

Respectfully submitted,


_____/s/_____
Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620

(301) 599-7623 (fax)
Bar No. MD 14639