IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SONYA OWENS** | ) | |
| | ) | |
| Plaintiffs, | ) | **Case No. : CV-05-1729 (AK)** |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S PROPOSED JURY VERDICT FORM

The Plaintiff hereby submits a proposed jury verdict form, to be used in the above-captioned matter. The proposed jury verdict form is attached hereto.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Tel.: (301) 599-7620
Fax: (301) 599-7623
Bar No. MD 14639

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>)<br>Defendant. )<br>) | **Case No. : CV-05-1729 (AK)** |

## PLAINTIFF'S PROPOSED JURY VERDICT FORM

Do you find by a preponderance of the evidence:

1.   That the Defendant discriminated against the Plaintiff because of her sex in violation of the District of Columbia Human Rights Act?

    Answer:   Yes _____   No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

2.   That the discrimination was a final adverse employment action?

    Answer:   Yes _____   No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

3.   That the Plaintiff suffered emotional pain and mental anguish proximately caused by the Discrimination?

    Answer:   Yes _____   No: _____

    If your answer is "yes," in what amount?  $_____

Do you find by a preponderance of the evidence:

1.  That the Defendant retaliated against the Plaintiff because she spoke out against illegal discrimination in violation of the District of Columbia Human Rights Act?

    Answer:   Yes _____   No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

2.  That the retaliation was a final adverse employment action?

    Answer:   Yes _____   No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

3.  That the Plaintiff suffered emotional pain and mental anguish proximately caused by the retaliation?

    Answer:   Yes _____   No: _____

    If your answer is "yes," in what amount?  $_____


Do you find by a preponderance of the evidence:

1.  That the Defendant retaliated against the Plaintiff because she participated in a protected activity in violation of the District of Columbia Human Rights Act?

    Answer:   Yes _____   No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

2.  That the retaliation was a final adverse employment action?

    Answer:   Yes _____   No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

3.  That the Plaintiff suffered emotional pain and mental anguish proximately caused by the retaliation?

    Answer:    Yes _____    No: _____

    If your answer is "yes," in what amount?  $_____

Do you find by a preponderance of the evidence:

1.    That the Defendant retaliated against the Plaintiff because she spoke out against illegal discrimination in violation in violation of the 1866 Civil Rights Act?

    Answer:    Yes _____    No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

2.    That the retaliation was a final adverse employment action?

    Answer:    Yes _____    No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

3.    That the Plaintiff suffered emotional pain and mental anguish proximately caused by the Discrimination?

    Answer:    Yes _____    No: _____

    If your answer is "yes," in what amount?  $_____

Do you find by a preponderance of the evidence:

1.    That the Defendant retaliated against the Plaintiff because she participated in a protected activity in violation in violation in violation of the 1866 Civil Rights Act?

    Answer:    Yes _____    No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

2.    That the retaliation was a final adverse employment action?

    Answer:    Yes _____    No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

3. That the Plaintiff suffered emotional pain and mental anguish proximately caused by the Discrimination?

    Answer: Yes _____ No: _____

    If your answer is "yes," in what amount?  $_____


Do you find by a preponderance of the evidence:

1. That the Defendant discriminated against the Plaintiff because of her race in violation of the District of Columbia Human Rights Act?

    Answer: Yes _____ No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

2. That the discrimination was a final adverse employment action?

    Answer: Yes _____ No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION.  IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

3. That the Plaintiff suffered emotional pain and mental anguish proximately caused by the Discrimination?

    Answer: Yes _____ No: _____

    If your answer is "yes," in what amount?  $_____


Do you find by a preponderance of the evidence:

1. That the Defendant discriminated against the Plaintiff because of her race in violation of the 1866 Civil Rights Act?

4

    Answer:    Yes _____    No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION. IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

2.    That the discrimination was a final adverse employment action?

    Answer:    Yes _____    No: _____

IF YOUR ANSWER IS "YES", CONTINUE TO THE NEXT QUESTION. IF YOUR ANSWER IS "NO", YOUR VERDICT MUST BE IN FAVOR OF THE DEFENDANT.

3.    That the Plaintiff suffered emotional pain and mental anguish proximately caused by the Discrimination?

    Answer:    Yes _____    No: _____

    If your answer is "yes," in what amount?  $_____

_____
Signature of Jury Foreman

_____
Date