# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SONYA OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS

Upon consideration of the District's Motion to Dismiss, and opposition thereto and the facts and law considered, it is this _____ day of _____, 2007,

**HEREBY ORDERED** that the District's Motion is **GRANTED**; and it is further

**ORDERED** that summary judgment is granted in the District's favor.

_____
The Honorable Alan Kaye
United States Magistrate Judge