UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, | : |
|     Plaintiff, | : |
| v. | : |
| | :   CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
|     Defendant. | : |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL FILING TO DEFENDANT'S SECOND MOTION *IN LIMINE*

Defendant District of Columbia, respectfully submits this Notice of the filing of Defendant's Second Motion *in Limine's* Exhibit A, attached herewith. Undersigned counsel inadvertently failed to attach Exhibit A to Defendant's Second Motion *in Limine* that was filed on September 27, 2007.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

    */s/Phillip A. Lattimore*
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Sec. III

    */s/Nicola N. Grey*
    NICOLA N. GREY [492150]
    DAVID A. JACKSON [471535]
    Assistant Attorneys General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6626; (202) 727-6295
    (202) 727-3625 (fax)

E-mail:  nicola.grey@dc.gov