**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | : |
| | :   CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : |
| | : |
|     **Defendant.** | : |
| _____ | : |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL FILING
TO DEFENDANT'S PRE-TRIAL STATEMENT**

Defendant District of Columbia, respectfully submits this Defendant's Supplemental Exhibits to Defendant's Pre-Trial Statement, attachment 2. Defendants hereby supplement its exhibit list by adding Exhibits 27 & 28. See Exhibit List attached herewith.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

    */s/Phillip A. Lattimore*
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Sec. III

    */s/Nicola N. Grey*
    NICOLA N. GREY [492150]
    DAVID A. JACKSON [471535]
    Assistant Attorneys General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6626; (202) 727-6295

(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

# ATTACHMENT 2

**DEFENDANT'S EXHIBIT LIST**

**Government**    __XX__      **SONYA OWENS**
**Plaintiff**     _____
**Defendant**     __XX__                        vs.                    Civil No. **05-cv-1729(AK)**
**Joint**         _____    **DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SE INTO JURY (date & time |
|---|---|---|---|---|---|
| EXHIBIT 1 | Plaintiff's Notice to the mayor pursuant to §12-309, Dated August 12, 2005 | | | | |
| EXHIBIT 2 | Animal Welfare League of Arlington, Adoption Papers signed by Plaintiff Dated. June 17th | | | | |
| EXHIBIT 3 | Letter to Prospective Owner, Signed by Plaintiff Not Dated | | | | |
| EXHIBIT 4 | Plaintiff's Police Report Dated May 31, 2004 | | | | |
| EXHIBIT 5 | Letter from Kay Speerstra Dated November 11, | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 2004 |  |  |  |  |
| EXHIBIT 6 | MPD PD 77 Form Dated November 12, 2004 |  |  |  |  |
| EXHIBIT 7 | Kay Speerstra's Transcribed Statement Dated November 23, 2004 and Signed March 10, 2005 |  |  |  |  |
| EXHIBIT 8 | Arthur Schwartz's Transcribed Statement Dated November 23, 2004 and Signed March 10, 2005 |  |  |  |  |
| EXHIBIT 9 | Susan Sherman's Transcribed Statement Dated November 23, 2004 and Signed March 10, 2005 |  |  |  |  |
| EXHIBIT 10 | Plaintiff's Transcribed Statement Dated March 3, 2005 |  |  |  |  |
| EXHIBIT 10A | Plaintiff's Transcribed Statement Dated March 29, 2005 |  |  |  |  |
| EXHIBIT 11 | Memorandum Dated March 11, 2005 from Commander Green to Plaintiff |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| EXHIBIT 12 | Arthur Schwartz's Photo Id of Plaintiff Dated March 10, 2005 | | | | |
| EXHIBIT 13 | Susan Sherman's Photo Id of Plaintiff Dated March 10, 2005 | | | | |
| EXHIBIT 14 | Plaintiff's Letter to Commander Green Dated march 11, 2005 | | | | |
| EXHIBIT 15 | Plaintiff's Request for Leave Dated March 11, 2005 | | | | |
| EXHIBIT 16 | Memorandum from Plaintiff to Commander Green | | | | |
| EXHIBIT 17 | AWOL Dated March 12, 2005 | | | | |
| EXHIBIT 18 | Email Dated March 28, 2005 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| EXHIBIT 19 | Police Report Regarding Attempt to Locate Dated October 25, 2004 | | | | |
| EXHIBIT 20 | MPD PD 73 Personnel Action Form Dated January 8, 2004 | | | | |
| EXHIBIT 21 | Injury/Illness Report Dated January 31, 2004 | | | | |
| EXHIBIT 22 | Time and Attendance Form Dated March 9, 2005 | | | | |
| EXHIBIT 23 | Warning to Plaintiff Dated March 3, 2005 | | | | |
| EXHIBIT 24 | Termination Letter Dated October 14, 2005 | | | | |
| EXHIBIT 25 | Memorandum Dated November 21, 2001 Regarding Plaintiff Testifying Before the EEOC | | | | |
| | | | | | |

| EXHIBIT 27 | Notice of Proposed Adverse Action Dated December 3, 2004 | | | | |
|---|---|---|---|---|---|
| EXHIBIT 28 | Memorandum to Commander Greene From Human Services Dated February 17, 2005 With Attachments | | | | |
| EXHIBIT | | | | | |
| EXHIBIT | | | | | |
| EXHIBIT | | | | | |
| EXHIBIT | | | | | |
| EXHIBIT | | | | | |