**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SONYA OWENS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF SUPPLEMENTAL FILING TO DEFENDANT'S SECOND MOTION *IN LIMINE*

Defendant District of Columbia, respectfully that the Court withdraw Defendant's

Notice of supplemental Filing to Defendant's Second Motion *in Limine* Exhibit A Docket

Number 37.  The incorrect Exhibit A was filed with the Court.

Respectfully submitted,


LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


_____/s/Phillip A. Lattimore_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III


_____/s/Nicola N. Grey_____
NICOLA N. GREY [492150]
DAVID A. JACKSON [471535]
Assistant Attorneys General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov