UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS,                        : | |
|                                      : | |
|       **Plaintiff,**                 : | |
|                                      : | |
| v.                                   : | |
|                                      : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA,                : | |
|                                      : | |
|       **Defendant.**                 : | |
| _____ : | |

**DEFENDANT'S AMENDED NOTICE OF SUPPLEMENTAL FILING
TO DEFENDANT'S SECOND MOTION *IN LIMINE***

Defendant District of Columbia, respectfully submits this Amended Notice of the filing of Defendant's Second Motion *in Limine's* Exhibit A, attached herewith. Undersigned counsel inadvertently failed to attach Exhibit A to Defendant's Second Motion *in Limine* that was filed on September 27, 2007.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        */s/Phillip A. Lattimore*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

      */s/Nicola N. Grey*
      NICOLA N. GREY [492150]
      DAVID A. JACKSON [471535]
      Assistant Attorneys General
      441 Fourth Street, N.W.
      Sixth Floor South
      Washington, D.C. 20001
      (202) 724-6626; (202) 727-6295
      (202) 727-3625 (fax)
      E-mail:  nicola.grey@dc.gov