# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**SHARON RITCHIE**
**Plaintiff**

FEB 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                    Civil Action 02-440 (PLF)

**DISTRICT OF COLUMBIA**
**Defendant**

## JUDGMENT ON THE VERDICT AS A MATTER OF LAW
## FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable Paul L. Friedman, Judge presiding, and the issues having been duly tried and the Court having directed its verdict as a matter of law,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff SHARON RITCHIE take nothing on the complaint against the defendant DISTRICT OF COLUMBIA and that the said defendant have and recover costs from the said plaintiff.

BY DIRECTION OF THE COURT:

NANCY MAYER-WHITTINGTON, Clerk

Dated:   February 17, 2005

By _____
   Deputy Clerk

