IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SONYA OWENS** | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Case No.: 05-CV-01729** |
| v. | : | (AK) |
| | : | |
| **DISTRICT OF COLUMBIA, et al.** | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS AND MOTIONS IN LIMINE**

COMES NOW PLAINTIFF, Sonya Owens, by and through under signed counsel, Jimmy A. Bell Esq. and the Law Offices of Jimmy A. Bell, P.C. and hereby file this Consent Motion for Extension of Time to File Responses to Defendant's Pretrial Motions and Motions in Limine.

As grounds, Plaintiff states the following:

1.  On September 24, 2007, Plaintiff filed her Pretrial Statement, Proposed Jury Instructions, Proposed Voir Dire, and Proposed Verdict Form.

2.  On September 27, 2007, Defendant filed its Pretrial Statement and filed a Second Motion in Limine.

3.  On September 28, 2007, Defendant filed a Motion to Dismiss based on Plaintiff's Pretrial Statement and on September 29, 2007, filed a Notice of Supplemental Filing to Defendant's Second Motion in Limine.

4. Defense Counsel consents to an extension of time to respond to Defendant's Pretrial Motions and Motions in Limine.

5. Plaintiff respectfully requests that this Court grant an extension of time to respond to Defendant's Motions up to and including, Monday, October 15, 2007.

6. Defendant will not be prejudiced if this Court grants Plaintiff's Motion.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time within which Plaintiff is to respond to Defendant's Pretrial Motions and Motions in Limine up to and including, Monday, October 15, 2007.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for Plaintiff
Bar No. MD 14639

Dated: October 11, 2007