# IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**SONYA OWENS**                                  **:**
                                             **:**
                                             **:**
    Plaintiff,                **:**
                                             **:**      **Case No.: 05-CV-01729**
      v.             **:**      (AK)
                                             **:**
**DISTRICT OF COLUMBIA, et al.**                 **:**
                                             **:**
                                             **:**
    Defendants.                **:**
_____          **:**


## <u>ORDER</u>

Upon review of Plaintiff's Consent Motion for Extension of Time to Respond to

Defendant's Pretrial Motions and Motions in Limine, it is this _____ day of

_____ , 2007, hereby

ORDERED that the Plaintiff's Motion for Extension of Time shall be and the same is

hereby GRANTED.

                                    _____
                                    United States District Judge
                                    for the District of Columbia