IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS**     :<br>     :<br>     :<br>  Plaintiff,    :<br>     :<br>  v.    :<br>     :<br>**DISTRICT OF COLUMBIA, et al.**  :<br>     :<br>     :<br>  Defendants.    :<br>     : | **Case No.: 05-CV-01729**<br>(AK) |

## **ORDER**

Upon review of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____ , 2007, hereby

ORDERED that the Defendant's Motion to Dismiss shall be and the same is hereby DENIED.

 

_____
United States District Judge
for the District of Columbia