IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** : <br> : <br> : <br> Plaintiff, : <br> : **Case No.: 05-CV-01729** <br> v. : (AK) <br> : <br> **DISTRICT OF COLUMBIA, et al.** : <br> : <br> : <br> Defendants. : <br> : | |

## **ORDER**

Upon review of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____ , 2007, hereby

ORDERED that the Defendant's Motion to Dismiss shall be and the same is hereby DENIED.

                                                                                                                    _____
                                                                                                                    United States District Judge
                                                                                                                    for the District of Columbia