IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SONYA OWENS** | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Case No.: 05-CV-01729** |
| v. | : | (AK) |
| | : | |
| **DISTRICT OF COLUMBIA, et al.** | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

Upon review of Defendant's Motion in Limine, Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____ , 2007, hereby

ORDERED that the Defendant's Motion in Limine shall be and the same is hereby DENIED.

                                                                          _____
                                                                          United States District Judge
                                                                          for the District of Columbia