IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA OWENS** : | |
| : | |
| : | |
| Plaintiff, : | |
| : | **Case No.: 05-CV-01729** |
| v. : | (AK) |
| : | |
| **DISTRICT OF COLUMBIA, et al.** : | |
| : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

Upon review of Defendant's Second Motion in Limine, Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____ , 2007, hereby

ORDERED that the Defendant's Second Motion in Limine shall be and the same is hereby DENIED.

_____
United States District Judge
for the District of Columbia