**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |
| _____: | |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO FILE
REPLIES TO PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S
MOTIONS *IN LIMINE* AND MOTION TO DISMISS**

Defendant, the District of Columbia, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, with Plaintiff's consent, and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a five (5) day extension of time to file replies to Plaintiff's Oppositions to Defendant's Motions *in Limine* and Motion to Dismiss.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

                /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

## RULE 7(m) CERTIFICATE

Plaintiff consents to the filing of this motion and the relief requested herein.

                /s/
NICOLA N. GREY
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS, : | |
| : | |
| **Plaintiff**, : | |
| : | |
| v. : | |
| : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| **Defendant.** : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO FILE REPLIES TO PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTIONS *IN LIMINE* AND MOTION TO DISMISS**

Defendant District of Columbia, by and through undersigned counsel, with Plaintiff's consent, and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to grant a five (5) day extension of time to file replies to Plaintiff's three Oppositions.  In support of this motion, the Defendant states as follows:

1. Replies to Plaintiff's Opposition to Defendant's First and Second Motions *in Limine* are due on October 22, 2007.

2. Reply to Plaintiff's Oppositions to Defendant's Motion to Dismiss are due on October 23, 2007.

3. Undersigned counsel respectfully requests a 5 day extension of time to file the Defendant's reply to each of Plaintiff's Oppositions.

3. The extension of time is necessary due to the press of other matters.  Specifically, undersigned counsel has memoranda of law due in *Frazier v. DC*, and depositions scheduled in *Jenkins v. DC*, and *Duberry v. DC*.

5. Finally, the additional five days will enable the undersigned to complete the Replies and receive a proper supervisory review of the motion prior to filing.

6. This is Defendant's first request for an extension of the dispositive motion schedule.

7. Plaintiff will not be prejudiced by this motion and in fact consents to the filing of this motion and the relief requested herein.

8. Fed. R. Civ. P. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order. This motion is being filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6.

9. **PROPOSED DISCOVERY SCHEDULE:**         **PROPOSED DATE**

   **MOTIONS *IN LIMINE* REPLIES DUE**         **OCTOBER 29, 2007**

   **MOTION TO DISMISS REPLY DUE**         **OCTOBER 30, 2007**

WHEREFORE, for the reasons stated herein, and with the consent of the Plaintiff, the Defendant requests that this Court grant a brief 5 day extension of time to file replies.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

　　　/s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

　　　/s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONYA OWENS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1729 (AK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |
| _____: | |

## ORDER

Upon consideration of the Defendant's Consent Motion to Extend Time to File Replies to Plaintiff's Oppositions to Defendant's Motions *in Limine* and Motion to Dismiss, Plaintiff's opposition thereto, and the record herein, it is hereby

**ORDERED:** The Motion to Extend Time to File Replies is **GRANTED**; and it is,

**FURTHER ORDERED:** that Reply to Plaintiff's Opposition to Defendant's Motion *in Limine* is due on October 29, 2007; and it is,

**FURTHER ORDERED:** that Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is due on October 30, 2007; and it is,

**FURTHER ORDERED; that the** replies are due according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| **MOTIONS *IN LIMINE* REPLIES DUE** | **OCTOBER 29, 2007** |
| **MOTION TO DISMISS REPLY DUE** | **OCTOBER 30, 2007** |

**SO ORDERED** this _____ day of _____, 2007.

_____
Honorable Alan Kay
United States Magistrate

5