UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA OWENS,<br>          Plaintiff,<br>v.<br>DISTRICT OF COLUMBIA,<br>          Defendant. | Civil Action No. 05-1729<br>(AK) |

**MEMORANDUM ORDER**

Upon consideration of the oral joint request of the parties that information regarding the whereabouts of Erol Arthur, an employee of the Department of Human Resources, Center for Workforce Development Division and a potential witness in the trial of this matter, which is scheduled to begin on January 14, 2008, be identified by the District of Columbia, it is this 10th day of January, 2008,

ORDERED that the District of Columbia confirm Erol Arthur's employment status and furnish contact information for Erol Arthur, including his home telephone number and home address. This Court has been informed that Mr. Arthur is currently on extended sick leave and the Court notes that the parties intend to ascertain Mr. Arthur's ability to appear as a witness in this matter. Contact information should be provided forthwith to the Office of the Attorney General, attorney David Jackson, and such information will then be shared with opposing counsel.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE