## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SONYA OWENS** ) | |
| ) | |
| Plaintiffs, ) | **Case No. : CV-05-1729 (AK)** |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendant. ) | |

## LINE OF ENTRY OF APPEARANCE

Edward Malone, Esq., and the Law Office of Jimmy A. Bell, P.C. hereby enters their appearance on behalf of the Plaintiff, in the captioned matters.

Respectfully submitted,

_____
Edward Malone, Esquire
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (fax)

*Counsel for Plainitff*