UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SONYA OWENS,
      Plaintiff,

v.

DISTRICT OF COLUMBIA,
      Defendant.

Civil Action No. 05-1729 (AK)

FILED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VERDICT FORM

1. Has the Plaintiff proven by a preponderance of the evidence that Defendant District of Columbia retaliated against her for engaging in protected activity relating to race in violation of 42 U.S.C. §1981?

    ____YES                        __X__NO

2. Has the Plaintiff proven by a preponderance of the evidence that Defendant District of Columbia discriminated against her because of her race in violation of the D.C. Human Rights Act?

    ____YES                        __X__NO

3. Has the Plaintiff proven by a preponderance of the evidence that Defendant District of Columbia discriminated against her because of her gender in violation of the D.C. Human Rights Act?

    ____YES                        __X__NO

1

4. Has the Plaintiff proven by a preponderance of the evidence that Defendant District of Columbia retaliated against her for engaging in a protected activity in violation of the D.C. Human Rights Act?

    \_\_\_\_\_YES          \_X\_NO

5. Has the Plaintiff proven by a preponderance of the evidence that Defendant District of Columbia interfered with Plaintiff's right to comply with the D.C. Human Rights Act?

    \_\_\_\_\_YES          \_X\_NO

If <u>all</u> your answers Questions 1 through 5 are NO, your deliberation is over and the foreperson must date and sign this form.

If your answer to <u>any</u> of the Questions 1 through 5 is YES, then you must proceed with answering questions 6 and 7 below. Please have the foreperson sign and date this form after it has been completed.

6. Do you find from a preponderance of the evidence that the Plaintiff Sonya Owens should be awarded damages to compensate her for emotional pain and mental anguish?

    \_\_\_\_\_YES          \_\_\_\_\_NO

7. What amount of money will fairly and justly compensate Plaintiff for the damages she sustained?

Amount $_____

FOREPERSON:_____
                NAME

DATE: January 22, 2008

6:02 PM