Civil Judgment (Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SONYA OWENS

Plaintiff(s)

v.

DISTRICT OF COLUMBIA

Defendant(s)

Civil Action No. 05-1729 (AK)

FILED

JAN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable _Alan Kay, Magistrate Judge_ presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

SONYA OWENS

take nothing on the complaint against the defendant(s):

DISTRICT OF COLUMBIA.

NANCY MAYER-WHITTINGTON, Clerk

Dated: _January 24, 2008_   By: _[signature]_
Deputy Clerk